**Philip J. TRIDICO, Plaintiff,**

v.

**DISTRICT OF COLUMBIA, Defendant.**

**Civil Action No. 13–0937 (ESH)**

United States District Court, District of Columbia.

Filed 01/30/2017

See also 130 F.Supp.3d 17.

Steven Bruce Vinick, Joseph, Greenwald & Laake, P.A., Greenbelt, MD, Guru V. Shanmugamani, Brian J. Markovitz, Joseph, Greenwald & Laake, P.A., Greenbelt, MD, for Plaintiff.

Martha J. Mullen, Office of the Attorney General for the District of Columbia, Washington, DC, for Defendant.

## MEMORANDUM OPINION

ELLEN SEGAL HUVELLE, United States District Judge .

Plaintiff Philip Tridico has moved for attorneys fees and costs pursuant to 42 U.S.C. § 2000e–5(k) and 38 U.S.C. § 4323(h)(2), under which the Court has discretion to award reasonable fees to a prevailing party. (Pl.s Mem. in Supp. of Mot. for Attorneys Fees and Costs [ECF No. 75] at 3 ("Pls. Mot.").) Defendant, the District of Columbia (the "District"), does not dispute that plaintiff is entitled to fees, but it argues that Tridicos request of $314,734.62 in fees and $2,797.56 in costs is unreasonable and should be denied in part.

1. Tridicos complaint also included claims—which he later dismissed—for discrimination, hostile work environment, and retaliation under the District of Columbia Human Rights Act ("DCHRA"), D.C. Code § 2–1401 et seq. Tridico pursued those DCHRA claims in administrative proceedings before the District of Columbia Office of Human Rights ("DCOHR") prior to filing this lawsuit. "The

(*See* Def.s Oppn Br. [ECF No. 79] at 1; Pl.s Reply Br. [ECF No. at 23].) The District proposes various reductions in fees and costs, for a total recovery of no more than $151,061.97. (Def.s Oppn Br. at 2–3.) The Court agrees that Tridico is not entitled to the full amount requested, though he is entitled to more than the District proposes to pay. Therefore, Tridicos motion will be granted in part and denied in part.

## BACKGROUND

The background of this case has been laid out in great detail in the Courts previous Memorandum Opinion. *See Tridico v. Dist. of Columbia*, 130 F.Supp.3d 17, 19–23 (D.D.C. 2015). The Court will therefore recite only the facts relevant to Tridicos fee petition.

Tridico, a Roman Catholic who previously served in the United States Marine Corps and the Marine Corps Reserves, became a police officer in the District of Columbia Metropolitan Police Department in 2006. In 2013, Tridico brought this action against the District, alleging that he was subjected to discrimination, retaliation, and a hostile work environment on the basis of his religion, in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e et seq., and on the basis of his prior military service, in violation of the Uniformed Services Employment and Reemployment Rights Act ("USERRA"), 38 U.S.C. § 4301 et seq. (Compl., June 21, 2013, [ECF No. 1] at 10–12.)[1]

DCOHR determined that there was probable cause to believe that the District had subjected [Tridico] to a hostile work environment because of his religion, but that there was no probable cause to support his retaliation claim." *Tridico*, 130 F.Supp.3d at 22. In abandoning the DCHRA claims, Tridico acknowledged that "[i]f a complainant has filed a complaint with the DCOHR, he cannot then

The District moved for summary judgment, which the Court granted in part and denied in part. *See Tridico*, 130 F.Supp.3d at 19. Following summary judgment, four of Tridicos five surviving claims went to trial: (1) hostile work environment under Title VII; (2) retaliation under Title VII; (3) hostile work environment under USERRA; and (4) retaliation under USERRA. (Order, Dec. 23, 2015 [ECF No. 49].) A jury heard the case over four days beginning on December 11, 2015.

After deliberations, the jury returned a verdict in favor of Tridico on his Title VII claims. (*See* Verdict Form [ECF No. 70].) Specifically, the jury found that Tridico proved by a preponderance of the evidence that (1) the District "subjected [Tridico] to unwelcome harassment based on his religion that was so severe or pervasive . . . as to affect a term, condition, or privilege of [Tridicos] employment;" (2) Tridico "complained to his superiors about harassment . . . and [the District] subjected [Tridico] to an adverse employment action when it transferred him out of the VICE unit;" and (3) the District "would not have transferred [Tridico] out of the VICE unit but for his complaint about harassment based on his religion." (*Id.* at 1–2.) As a result of its finding on the Title VII claim, the jury awarded Tridico $20,000 in compensatory damages for "emotional pain, suffering, inconvenience, mental anguish, and/or other non-monetary losses."[2]

By contrast, the jury found in favor of the District on Tridicos USERRA claims. The jury determined that Tridico proved by a preponderance of the evidence that (1) the District "subjected [Tridico] to unwelcome harassment based on his prior military service that was so severe or pervasive . . . as to affect a term, condition, or privilege of [Tridicos] employment," and (2) Tridico "complained to his superiors about harassment . . . based on his prior military service, and that [the District] subjected [Tridico] to an adverse employment action when it transferred him out of the VICE unit." (*Id.* at 2.) However, the jury did not find that Tridico proved causation–that his complaint about harassment "was a substantial or motivating factor" in the adverse employment action. (*See id.*) Thus, the jury did not award any damages for Tridicos USERRA claim. (*Id.* at 3.)[3]

## LEGAL STANDARD

The Court has discretion to award a prevailing party reasonable attorneys fees and costs in Title VII and USERRA actions. *See* 42 U.S.C. § 2000e–5(k) ("In any action or proceeding under [Title VII], the court, in its discretion, may allow the prevailing party . . . a reasonable attorneys fee"); 38 U.S.C. § 4323(h)(2) ("In any action or proceeding to enforce a provision of [USERRA] . . ., the court may award any such person who prevails in such action or proceeding reasonable attorney fees, ex-

sue in court, unless he first withdraws the complaint [before a for-cause determination]." (Pl.s Oppn to Def.s Mot. for S.J. [ECF No. 30] at 9 n.2 (quoting D.C. Code § 2–1403.16(a)).)

2. Lost earnings under Title VII are an equitable remedy that, although compensable, are ultimately calculated by the Court. (*See* Order, December 23, 2015, [ECF No. 49] at 1 (citing, *inter alia*, Kapche v. Holder, 677 F.3d 454, 464 (D.C. Cir. 2012).) However, the jury cal-

culates lost earnings awarded under USERRA. (Order, January 8, 2016, [ECF No. 59] at 1.) The jury did not find that Tridico successfully proved any economic harm. (*See* Verdict Form at 3.)

3. Lost earnings, but not pain and suffering, are compensable under USERRA. *See* 38 U.S.C. § 4323(d)(1). The $20,000 in compensatory damages could only have been awarded under Title VII.

pert witness fees, and other litigation expenses"). A party seeking attorneys fees and expenses must file a motion to the Court which "specif[ies] the judgment and the statute, rule, or other grounds entitling the movant to the award" and stating the amount sought. Fed. R. Civ. P. 54(d)(2)(B).

■ In a fee petition, the moving party "bears the burden of establishing entitlement to an award, documenting the appropriate hours, and justifying the reasonableness of the rates." *Covington v. Dist. of Columbia*, 57 F.3d 1101, 1107 (D.C. Cir. 1995). The movant may satisfy this burden by presenting evidence of "the attorneys billing practices; the attorneys skill, experience, and reputation; and the prevailing market rates in the relevant community." *Id.* After such evidence has been presented, the burden shifts to the party opposing the fee petition to rebut the reasonableness of the requested award. *Id.* at 1109–10.

■ In evaluating a fee petition, the Court first determines whether the movant was the prevailing party, and second whether the movants fee request is reasonable. *Does I, II, III v. D.C.*, 448 F.Supp.2d 137, 140 (D.D.C. 2006). To determine whether the fee request is reasonable, courts engage in a three-step analysis: "(1) determination of the number of hours reasonably expended in litigation; (2) determination of a reasonable hourly rate or 'lodestar'; and (3) the use of multipliers as merited." *Covington*, 57 F.3d at 1107 (quoting *Save Our Cumberland Mountains, Inc., et al. v. Hodel*, 857 F.2d 1516 (D.C. Cir 1988)). Even after courts determine the lodestar figure, they may reduce the overall award to account for, *inter alia*, limited success on the merits and unreasonable billing practices. *See, e.g., Craig v. Dist. of Columbia*, No. CV 11–1200, 197 F.Supp.3d 268, 282, 2016 WL 3926253, at *9 (D.D.C. July 15, 2016).

## ANALYSIS

The District does not dispute Tridicos entitlement to attorneys fees based on the jury's verdict in Tridicos favor on his Title VII claims. Nevertheless, the District argues that the award requested by Tridico is unreasonable on several grounds and proposes various reductions. After considering whether Tridico has met his initial burden to "document[ ] the appropriate hours, and [to] justify[ ] the reasonableness of the rates," *see Covington*, 57 F.3d at 1107, the Court will proceed to address the Districts specific arguments.

## I. TRIDICOS DOCUMENTATION OF APPROPRIATE HOURS AND JUSTIFICATION OF REASONABLE RATES

In support of his fee petition, Tridico submitted the following evidence: (1) the declaration of Brian J. Markovitz, partner at Joseph, Greenwald & Laake, P.A. ("JG & L"), the firm that represented Tridico on a contingency basis beginning October 2012; (2) the declaration of Nicholas Woodfield, the principal at the Employment Law Group, P.C.; (3) and the declaration of Linda Thatcher, an experienced employment litigator.

■ Over the first nine and a half pages of his declaration, Markovitz details the experience of the JG & L attorneys that worked on Tridicos case, attests to JG & Ls billing and record-keeping practices, and declares that those practices were followed in this case. (*See* Markovitz Decl. [ECF No. 75–4], ¶¶ 1–25.) Markovitz also submitted daily billing records for each JG & L professionals fees and the costs incurred by the law firm. (*See id.* at 12–39.) Both Woodfield and Thatchers declarations speak to the reasonableness of the fees requested by JG & L, based on their

experience in employment litigation, their work with JG & L professionals, and the prevailing market rates for similar work. (*See* Woodfield Decl. [ECF No. 75–5]; Thatcher Decl. [ECF No. 75–6].) Thus, as to the legal work performed by JG & L, Tridico carried his initial burden of demonstrating "document[ation of] the appropriate hours, and justif[ication of] the reasonableness of the rates." *See Covington*, 57 F.3d at 1107.[4]

■ By contrast, Markovitz devotes only two paragraphs of his declaration to justifying the fees incurred by Berry & Berry, PLLC, the firm that represented Tridico in his DCHRA claims before DCOHR. (*See* Markovitz Decl. ¶¶ 26–27.) Although Markovitz submits "recorded hours and expenses of work performed" by Berry & Berry, the request for fees for Berry & Berrys legal work is otherwise unsubstantiated. (*See id.*) Based on the time records of Berry & Berry, the Court cannot discern even the full name of the attorneys who worked on Tridicos case, let alone the attorneys education and experience. Woodfield and Thatcher do not address the reasonableness of the fees reported by Berry & Berry or attest to those

attorneys skill, expertise, or reputation. (*See* Woodfield Decl.; Thatcher Decl.)

With respect to the legal work performed by Berry & Berry, Tridico has therefore failed to carry his initial burden: Tridico submitted no evidence of "the [Berry & Berry] attorneys billing practices; the [Berry & Berry] attorneys skill, experience, and reputation." *See Covington*, 57 F.3d at 1107. As a result, the Court will reduce Tridicos requested fees by $20,163.00, the amount he requested for Berry & Berrys legal work.[5] For the same reason, the Court will not award the requested $47.30 in costs attributed to Berry & Berrys representation of Tridico.

## II. UNREASONABLE BILLING RATES

### 1. Applying 2016 USAO Rates to Work Performed Before 2016

■ Tridico seeks reimbursement of his attorneys fees incurred between 2012 and 2016 at the rates set by the District of Columbia United States Attorneys Office ("USAO") for work performed in 2016. (Pl.s Mot. at 12.)[6] Tridico argues that ap-

---

4. The Court could not fully evaluate Tridicos assertion that "deductions from [Tridicos] counsels invoices (over ninety nine (97) hours and $32,456.00 in fees) were made in order to avoid duplicate billing." (Pl.s Mot. at 16.) Some of the entries on the spreadsheet submitted by Markovitz are labeled "NC" for "no charge." Those entries, totaling $20,816.50, will not be included in the award. Other entries are labeled "R" for "reduced," but the number of hours purported to have been reduced for each entry was not detailed. Therefore, after subtracting the entries labeled "NC" and making the appropriate deductions based on the Districts objections, the Court will reduce Tridicos overall award by $11,639.50–the difference between Tridicos claimed $32,456.00 in deductions and the $20,816.50 in "no charge" fees.

5. The District objects to the Berry & Berry fees on the ground that Tridicos representa-

tion before the DCOHR is non-compensable because Tridico did not pursue his DCHRA claims in federal court. (Def.s Oppn at 5.) As Tridico has failed to justify these fees in the first instance, the Court need not address this argument.

6. Fee matrices set out the hourly fees charged by attorneys at various levels of experience in a particular community for the same type of work and offer a "somewhat crude" approximation of prevailing market rates. *Snead v. Dist. of Columbia*, 139 F.Supp.3d 375, 378 (D.D.C. 2015) (quoting *Eley v. Dist. of Columbia*, 793 F.3d 97, 101 (D.C. Cir. 2015). The *Laffey* Matrix, compiled by the USAO and updated annually to adjust for inflation, is the most commonly used fee matrix. *Eley*, 793 F.3d at 100–01. However, beginning on June 1, 2015, the USAO discontinued the *Laffey* Matrix in favor of a matrix that uses a new

plying the 2016 USAO rates to work done in prior years is appropriate to account for the Districts unnecessary delay in resolving the lawsuit and to account for the lost time-value of money. (*Id.* at 11–12.) The District argues that the fee award should be calculated using the rates in effect at the time the work was performed, which would constitute a $14,909.90 reduction in the fees that Tridico has requested. (Def.s Oppn at 7–9.)

There is no dispute that the USAO and *Laffey* rates are appropriate in this case. Courts in this circuit have determined that Title VII actions are sufficiently complex to justify awarding attorneys fees at *Laffey* rates—and by implication at the USAO rates that replaced them. *See Craig*, 197 F.Supp.3d at 275, 2016 WL 3926253, at *3 (collecting cases). Indeed, the USAO Matrix applies to Title VII actions by its own terms. *See* USAO Attorneys Fees Matrix—2015–2017 n.1 ("The matrix·is intended for use in cases in which a fee-shifting statute permits the prevailing party to recover "reasonable" attorneys fees" (citing, as an example, Title VII))..

As to determining which years USAO and *Laffey* rates should apply to the legal work performed in this case, the D.C. Circuit has sanctioned the application·of current prevailing rates–as opposed to the rates in effect when the work was performed–as a means of compensating the party seeking attorneys fees for the delay in receiving payment. *See West v. Potter*, 717 F.3d 1030, 1034 (D.C. Cir. 2013). However, the D.C. Circuit has cautioned that there is a "strong presumption" in favor of the application of historical rates. *Id.* Here, the Court does not find that "compensation for delay is necessary to provide a reasonable fee" such that current USAO rates should be applied to·past work. *See·id.*

It does not appear that the resolution of this lawsuit was delayed. Tridico filed this lawsuit on June 21, 2013, and the matter went to trial on January 11, 2015.[7] Although the Districts failure to attend settlement conferences is regrettable, that failure did not significantly delay the resolution of the litigation. While the District engaged in motions practice, it did not raise frivolous legal arguments, and the parties were able to narrow the issues that went to trial. Indeed, the District prevailed in part on its motion for summary judgment and on its position on various legal issues leading up to trial. The Court finds that there is no good reason to deviate from the "strong presumption" of applying historical rates here.[8] The Court will there-

---

methodology. *See* USAO Attorneys Fees Matrix—2015—2017 n.4 (https://www.justice.gov/usaodc/file/889176/download) ("The methodology used to compute the rates in this matrix replaces that used prior to 2015, which started with the matrix of hourly rates developed in *Laffey v. Northwest Airlines, Inc.* 572 F.Supp. 354 (D.D.C. 1983), *affd in part, revd in part on other grounds*, 746 F.2d 4 (D.C. Cir. 1984), *cert. denied*, 472 U.S. 1021, 105 S.Ct. 3488, 87 L.Ed.2d 622 (1985), and then adjusted those rates based·on the Consumer Price Index for All Urban Consumers (CPI–U) for the Washington–Baltimore (DC–MD–VA–WV) area."). The Court will refer to the table of rates set by the USAO after June 1, 2015 as the "USAO Matrix," while acknowledging that the parties use *"Laffey"* to describe the

rates prevailing in 2015 and 2016, as well as in prior years.

7. In the district court for the District of Columbia, the *median* time from filing a civil lawsuit until. a disposition at trial was 37.4 months for the 12–month period ending June 30, ·2016. *See* U.S. District Courts—Median Time Intervals from Filing to Disposition of Civil Cases (http://www.uscourts.gov/sites/default/files/data_tables/stfj_c5_630.2016.pdf). At approximately 19 months, the resolution of Tridicos lawsuit was expeditious, as compared to other civil lawsuits that were resolved at trial in this district.

8. The notion that Tridico suffered a loss based on the time-value of money is undercut by the

fore reduce Tridicos requested rates to reflect the USAO or *Laffey* rates in effect at the time the work was performed.

## 2. Fees on Fees

■ Tridico seeks $52,524.50 in fees for time spent preparing his motion for attorneys fees and reply to the Districts opposition brief. (*See* Ex. A, Markovitz Decl, at 24–25; Pl.s Reply at 22.) The District argues that Tridico should recover only 50% of the USAO rates for the work performed preparing the fee petition, reasoning that this legal work is "inherently less complicated than the underlying litigation" that justified full USAO or *Laffey* rates. (Def.s Oppn Br. at 14.) On that basis, the District proposes a reduction of $26,262.25. (*See id.*) In support of its position, the District fails to point to any cases arising under Title VII, only citing to cases awarding fees under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1415. (*See id.*; Pl.s Reply Br. at 21–22.)

There are instances where courts are justified in reducing the award requested for work in connection with a fee petition. *See Craig*, 197 F.Supp.3d at 282, 2016 WL 3926253, at *9. In *Craig*, for instance, the party seeking attorneys fees requested an additional 15% of the lodestar—over $80,000–as compensation for the time spent on the fee petition. *Id.* In that case, Judge Contreras found the fees on fees request to be excessive, especially given that some of the time spent on the fee petition was already counted towards the lodestar. *Id.* Here, instead of seeking a percentage of the total fee award, Tridico has detailed the time spent on his fee petition, and there has been no double-counting. On these facts, the Court finds no reason to

reduce Tridicos award for time spent preparing his fee petition.

## II. LIMITED SUCCESS

■ The District next argues that Tridicos fee request should be reduced by 10% to reflect his limited success in this litigation. (*See* Def.s Oppn Br. at 9–13.) The District notes that, although Tridico proved Title VII liability, the jury found for the District on Tridicos USERRA claims, and Tridico was not entitled to economic damages under Title VII or USERRA. (*Id.*) In response, Tridico argues that "not only did [he] prevail on his USERRA claim, but such a claim was novel and hotly disputed." (Pl.s Reply Br. at 15.)

■ A litigant need not prevail on each and every claim to be considered the prevailing party in a Title VII lawsuit. *See Ashraf–Hassan v. Embassy of Fr. in the U.S.*, 189 F.Supp.3d 48, 55–56 (D.D.C. 2016). Although generally fees should not be awarded for unsuccessful claims, it is difficult to parse success for claims that "involve a common core of facts" or "related legal theories." *Hensley v. Eckerhart*, 461 U.S. 424, 434–35, 103 S.Ct. 1933, 76 L.Ed.2d 40 (1983). In those cases, "[m]uch of counsels time will be devoted generally to the litigation as a whole, making it difficult to divide the hours expended on a claim-by-claim basis" and courts should "focus on the significance of the overall relief obtained by the plaintiff in relation to the hours reasonably expended on the litigation." *Id.* at 435, 103 S.Ct. 1933.

First, Tridico did not prevail on his USERRA claim. It is true, as Tridico points out, that the jury found that the District "subjected [Tridico] to unwelcome harassment based on his prior military service

fact that his attorneys agreed to take the case on a contingency basis (i.e., with recovery only at the end of the lawsuit) and that, prac-

tically speaking, money had almost zero time-value from 2013 to the present.

that was so severe or pervasive ... as to affect a term, condition, or privilege of [Tridicos] employment." (*Id.* (quoting Verdict Form at 2).) However, Tridico failed to prove causation: the jury did not find that his "complaint about harassment in the workplace based on his prior military service was a substantial or motivating factor in [the District] transferring [Tridico] out of the VICE unit." (*See* Verdict Form at 2.) The jury found no damages for lost earnings, the only type of damages Tridico sought under USERRA. (*See id.* at 3.)

In addition, Tridico failed to demonstrate that he suffered economic harm from the Districts conduct, as he alleged in his complaint. At trial, Tridico presented an economics expert witness who estimated that Tridico had lost $40,000 in overtime pay because after he was transferred out of the VICE unit. (See Report of Jerome S. Paige at 1.) Although the jury awarded $20,000 in compensatory damages, the jury found that Tridico suffered no lost earnings. (*See id.*)

Here, as is often the case where the various claims are interrelated, it is impossible to separate out the work done on unsuccessful claims. The Court must therefore "simply reduce the award to account for the limited success." *See id.* at 436–37, 103 S.Ct. 1933. In light of the fact that Tricico prevailed on only his Title VII claims, and only to the extent that he collected non-economic damages, the Court finds that a 10% reduction of the total fee award is appropriate.

### III. UNREASONABLE BILLING PRACTICES

The District takes issue with two billing practices reflected in Tridicos invoice, arguing for (1) a 5% overall reduction to account for block billing, and (2) a 50% reduction in fees for travel time, which was

billed at 100% the USAO and *Laffey* rates. (Def.s Oppn Br. at 1–2, 13.) Tridico vigorously disputes having block billed any entries but concedes that travel time should be billed at 50% of the normal billing rate. (Pl.s Reply Br. at 19–20). Because Tridicos billing records are in fact block-billed, the parties disagree on the precise amount of travel time to be discounted.

### 1. Block Billing

■■■ Block billing involves lumping multiple tasks into a single time entry, which can "mak[e] it impossible to evaluate their reasonableness." *See Role Models Am., Inc. v. Brownlee*, 353 F.3d 962, 971 (D.C. Cir. 2004). While block billing is not "prohibit[ed]," courts often reduce fee awards as a result of it. *See Role Models Am., Inc.*, 353 F.3d at 971; *Bennett v. Castro*, 74 F.Supp.3d 382, 406 (D.D.C. 2014); *In re InPhonic, Inc.*, 674 F.Supp.2d 273, 289 (D.D.C. 2009); *Summers v. Howard Univ.*, 2006 WL 751316, at *7 (D.D.C. Mar. 20, 2006). Even if tasks are adequately described, there is simply no way for the Court to assess whether the time spent on each of those tasks was reasonable when they are lumped together. *See Role Models Am., Inc.*, 353 F.3d at 970 (court must "determine with a high degree of certainty that such hours were actually and reasonably expended") (quoting *In re Olson*, 884 F.2d 1415, 1428 (D.C. Cir. 1989). Where block billing is used infrequently, however, a reduction may not be warranted. *See Fitts v. Unum Life Ins. Co. of Am.*, 680 F.Supp.2d 38, 42 (D.D.C. 2010) (declining a reduction where only a "relatively small fraction" of entries were block-billed).

There is no question that the JG & L time records are at least in part block-billed. It includes 50 entries of five hours or more, 19 of which are for more than eight hours, and many of which are block

billed. (*See, e.g.*, Ex. A, Markovitz Decl. at 3 (November 12, 2013 entry by MSS for 5.50 hours for "[r]eview pleadings and case file – and email opp counsel re: 25(f) conference; prepare draft Local Rule 16.3 joint report; send draft to opp counsel"); *id.* at 15 (December 8, 2015 entry by BJM for 10.40 hours for "[d]rafting pretrial statement, review of documents, drafting voir dire, jury instructions, etc., call and emails with opposing counsel re: status, drafting joint motion for extension for pretrial"); *id.* at 18 (December 22, 2015 entry by BJM for 8.20 hours for "[p]reparation for pretrial, research on jury determination issues, causation standard, and admissibility of EEOC findings, document review, meeting with SBV re: same and pretrial motions preparations"); *id.* at 23 (January 11, 2016 entry by BJM for 12 hours for "[t]ravel time to and from D.C. Federal Court; trial; trial preparation; discussion with BJM and VM"). The most frequent block-billed entries are those that include travel time. In fact, with only three exceptions, travel time is block-billed along with other tasks. (*See, e.g.*, Ex. A, Markovitz Decl. at 24 (eight out of nine travel entries on that page block-billed with time spent at trial). *But see id.* at 13 (November 12, 2015 entries by VXM).)

Because the block billed entries that do not include travel are relatively infrequent, the Court rejects the Districts request to reduce Tridicos overall award by 5%. Instead, as explained below, travel time will be disambiguated, and the rate for that time will be reduced.

## 2. Travel Time

Tridico concedes that his fee request improperly bills attorney travel time at a full rate, as opposed to the correct rate of 50%. (*See* Pls. Reply Br. at 19; *see also McAllister v. Dist. of Columbia*, 21 F.Supp.3d 94, 106 (D.D.C. 2014) ("[I]n this Circuit, travel time is compensated at half of the attorneys rate."). To account for this overbilling and to disambiguate the travel time from the other items in each entry, the District proposes estimating the round-trip from JG & Ls offices to the District Court at 1.5 hours. (*See* Def.s Oppn Br. at 13.). The Districts estimate of 1.5 hours comes directly from JG & Ls travel entries that were not block-billed. Tridico asks that the Court to estimate one hour for travel time, citing case law that estimated travel time for a different law firm "just across the District of Columbia border." (*See* Pls Reply Br. at 20 (citing *Blackman v. Dist. of Columbia*, 397 F.Supp.2d 12, 16 (D.D.C. 2005).)

The District has the better approach. As a result, the Court will estimate 1.5 hours for travel time on block-billed entries and reduce the rate for that time by 50%.

## IV. UNREASONABLE COSTS

The District objects to three aspects of Tridicos request for costs, arguing that (1) Tridicos printing costs should be limited to $0.15 per page; (2) Tridico overbilled by $247.25 for court reporters and depositions; and (3) Tridico unreasonably billed certain parking expenses. (Def.s Oppn Br. at 13–14.)

## 1. Printing Costs

Tridico seeks reimbursement for printing costs at $0.15 for black-and-white copies and $0.75 for color copies. In response to the Districts objection, Tridico has conceded a $0.50 reduction for color copies to $0.25 per page, an amount approved in *Salazar v. Dist. of Columbia*, 991 F.Supp.2d 39, 64 (D.D.C. 2014). The Court accepts this concession, which amounts to a $12.50 reduction in printing costs.

### 2. Court Reporter and Deposition Costs

With his reply brief, Tridico submitted the receipts from the court-reporter service he used in connection with his depositions. (*See* Ex. 2 & 3, Pl.s Reply Br.) The figures are those that Tridico initially reported in his cost ledger, and the Court finds that those costs are reasonable. As a result, the Court will not make any reductions to the costs for court reporters and depositions.

### 3. Parking Costs

Finally, the District objects to various costs related to parking. First, the District objects to the fact that Mr. Vinnick sought $37.00 for two parking fees for a single day on December 22, 2015. (Def.s Oppn Br. at 14). Second, the District objects to parking expenses for Ms. Cherry on January 8, 2015, and January 16, 2015, arguing there is no evidence that Ms. Cherry actually traveled to court those days. (*Id.*)

As to the Districts first objection, Tridico concedes a reduction of $18.50 for the potentially erroneous double charge for Mr. Vinnicks parking. (Pl.s Reply Br. at 21.) As to the second objection, Tridico offers no response. (*See id.*) The Court will eliminate the cost of the duplicative parking fee for Mr. Vinnick and the parking fee for the two days Ms. Cherrys presence in court is not accounted for, for a total reduction of $72.00.

### CONCLUSION

Accordingly, Tridicos motion for attorneys fees is **GRANTED IN PART** and **DENIED IN PART**. A separate Order accompanies this Memorandum Opinion.

Attachment

**112**

**Hourly Rates Awarded for JG&L Professionals by Time Period**

| Professional | Hourly Rate | | | | |
| --- | --- | --- | --- | --- | --- |
| | *Laffey* 12-13 (6/1/12 -5/31/13) | *Laffey* 13-14 (6/1/13 -5/31/14) | *Laffey* 14-15 (6/1/14 -5/31/15) | USAO 15-16 (6/1/15 -5/31/16) |
| Brian J. Markovitz | $445.00 | $450.00 | $460.00 | $455.00 |
| Chelsea Fuentes | - | - | $150.00 | $154.00 |
| Jessica A. Richardson | - | - | $150.00 | - |
| Jamerra J. Cherry | $145.00 | $145.00 | $150.00 | $154.00 |
| Jason M. Sarfati | - | - | - | $154.00 |
| Matthew E. Kresier | - | - | - | $315.00 |
| Meredith Schramm-Strosser | - | $250.00 | $255.00 | - |
| Steven B. Vinick | - | - | - | $530.00 |
| Veronica D. Jackson | $290.00 | $295.00 | $300.00 | $386.00 |
| Guru Shanmugamani | - | - | $255.00 | $315.00 |
| William J. Fuller | - | - | - | $154.00 |

**Fees Requested and Awarded**

| Date | Prof. | Description | Code | Hour Request | Rate Request | Fee Request | Hours Awarded | Rate Awarded | Fee Awarded | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/12 | VDJ | Meeting with new client P. J. Tridicio; confer with BJM regarding same; review calendar appointments; dictate notice of appearance letter. | CD | 2.70 | 386.00 | 1,042.20 | 2.70 | 290.00 | 783.00 | |
| 10/24/12 | VDJ | Review documents from client; review letters re notice of rep and retrieval of client files from prior counsel; email to client regarding files. | CD | 1.20 | 386.00 | 463.20 | 1.20 | 290.00 | 348.00 | |
| 10/25/12 | VDJ | Draft letter of representation to former counsel and DCOHR; revise same; review files from client; confer with ADG regarding new file. | CD | 1.20 | 386.00 | 463.20 | 1.20 | 290.00 | 348.00 | |
| 10/26/12 | VDJ | Review correspondence from former counsel to client; email to client regarding same. | CD | 0.20 | 386.00 | 77.20 | 0.20 | 290.00 | 58.00 | |
| 10/28/12 | VDJ | Review correspondence from client regarding files and documents; prepare same. | CD | 1.20 | 386.00 | 463.20 | 1.20 | 290.00 | 348.00 | |
| 10/30/12 | VDJ | Review files. | CD | 0.70 | 386.00 | 270.20 | 0.70 | 290.00 | 203.00 | |
| 11/02/12 | VDJ | Review documents from client and DCOHR investigation; confer with BJM regarding files and status conference. | CD | 2.40 | 386.00 | 926.40 | 2.40 | 290.00 | 696.00 | |
| 11/05/12 | BJM | Call with ALJ. | CD | 0.80 | 455.00 | 364.00 | 0.80 | 445.00 | 356.00 | |
| 11/05/12 | PNG | Strategy discussion w/ VDJ re DCOHR findings and limitations of filing | NC | 0.30 | 386.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 11/05/12 | VDJ | Call with ALJ regarding status conference; confer with BJM regarding same; confer with PG regarding DCOHR determination. | CD | 1.30 | 386.00 | 501.80 | 1.30 | 290.00 | 377.00 | |
| 11/08/12 | VDJ | Confer with BJM and ADG regarding request for RTS letter from EEOC. | CD/R | 0.70 | 386.00 | 270.20 | 0.70 | 290.00 | 203.00 | |
| 11/09/12 | VDJ | Call with client regarding status and strategy | CD | 0.80 | 386.00 | 308.80 | 0.80 | 290.00 | 232.00 | |

| Date | Init | Description | Code | Hrs | Rate | Amount | Hrs | Rate | Amount | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/12 | VDJ | Review EEOC correspondence; email to BJM. | CD/R | 1.80 | 386.00 | 694.80 | 1.80 | 290.00 | 522.00 |  |
| 11/12/12 | VDJ | Draft discovery requests. | D/R | 1.40 | 386.00 | 540.40 | 1.40 | 290.00 | 406.00 | - |
| 11/13/12 | BJM | Meeting with VDJ, call with client re: strategy and pursuing title vii claims. | NC | 0.30 | 455.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 11/13/12 | VDJ | Draft discovery. | CD/R | 2.10 | 386.00 | 810.60 | 2.10 | 290.00 | 609.00 |  |
| 11/13/12 | VDJ | Research on Title VII claims; call with client | D/R | 1.50 | 386.00 | 579.00 | 1.50 | 290.00 | 435.00 |  |
| 11/15/12 | VDJ | Draft complaint; research regarding USERRA claim. | P | 6.40 | 386.00 | 2,470.40 | 6.40 | 290.00 | 1856.00 |  |
| 11/19/12 | VDJ | Research and draft complaint; review file and BJM regarding same. | P | 3.40 | 386.00 | 1,312.40 | 3.40 | 290.00 | 986.00 |  |
| 11/26/12 | BJM | Meeting with VDJ re: filing of complaint | CD | 0.20 | 455.00 | 91.00 | 0.20 | 445.00 | 89.00 |  |
| 11/26/12 | VDJ | Review email from DCOHR; review draft motion for stay; file same. | MP | 0.40 | 386.00 | 154.40 | 0.40 | 290.00 | 116.00 |  |
| 11/27/12 | VDJ | Email with DCOHR; review order. | CD | 0.50 | 386.00 | 193.00 | 0.50 | 290.00 | 145.00 |  |
| 11/28/12 | BJM | Review of draft of complaint. | P | 0.40 | 455.00 | 182.00 | 0.40 | 445.00 | 178.00 |  |
| 11/28/12 | VDJ | Review and revise complaint | P/R | 3.20 | 386.00 | 1,235.20 | 3.20 | 290.00 | 928.00 |  |
| 11/29/12 | VDJ | Call with client regarding draft complaint; revise same. | P | 3.90 | 386.00 | 1,505.40 | 3.90 | 290.00 | 1131.00 |  |
| 11/30/12 | VDJ | Call with Mindy Weinstein of EEOC; call with David Gonzalez of EEOC; draft email to above regarding conversation; confer with BJM; email to client regarding status. | CD | 1.20 | 386.00 | 463.20 | 1.20 | 290.00 | 348.00 |  |
| 11/30/12 | VDJ | Call with client regarding complaint draft revise same. | P/R | 3.40 | 386.00 | 1,312.40 | 3.40 | 290.00 | 986.00 |  |
| 12/03/12 | VDJ | Complete revisions to draft complaint. | P | 0.70 | 386.00 | 270.20 | 0.70 | 290.00 | 203.00 |  |
| 12/10/12 | VDJ | Research CourtLink for prior counsel's clients for breach of fiduciary duty; confer with JJC | NC | 1.80 | 386.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/24/12 | JJC | Research John Berry, Esquire. Re: background, practice history, case types and education. Requested by Veronica Jackson | NC | 0.80 | 154.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/08/13 | VDJ | Review notes from client regarding recent harassment/retaliation at work by Sgt. Drummond; research exhaustion requirements for continuing action. | CD | 1.70 | 386.00 | 656.20 | 1.70 | 290.00 | 493.00 |  |

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/15/13 | VDJ | Review EEOC complaint; draft amended complaint. | P | 1.70 | 386.00 | 656.20 | 1.70 | 290.00 | 493.00 |
| 02/01/13 | VDJ | Review file regarding amended complaint; confer with prior counsel regarding same. | P | 1.70 | 386.00 | 656.20 | 1.70 | 290.00 | 493.00 |
| 02/20/13 | VDJ | Call with David Gonzalez at EEOC; call with ALJ. | CD/R | 0.40 | 386.00 | 154.40 | 0.40 | 290.00 | 116.00 |
| 02/20/13 | VDJ | Draft amended complaint. | P/R | 0.80 | 386.00 | 308.80 | 0.80 | 290.00 | 232.00 |
| 02/22/13 | VDJ | Call with client regarding retaliation. | CD/R | 1.40 | 386.00 | 540.40 | 1.40 | 290.00 | 406.00 |
| 06/18/13 | BJM | Review of complaint. | P | 1.00 | 455.00 | 455.00 | 1.00 | 450.00 | 450.00 |
| 06/18/13 | VDJ | Revise complaint; call with client; email to BJM. | P | 0.40 | 386.00 | 154.40 | 0.40 | 295.00 | 118.00 |
| 06/18/13 | VDJ | Revise complaint. | P | 0.60 | 386.00 | 231.60 | 0.60 | 295.00 | 177.00 |
| 06/19/13 | BJM | Meeting re: complaint language. | P | 0.20 | 455.00 | 91.00 | 0.20 | 450.00 | 90.00 |
| 06/19/13 | VDJ | Review complaint comments from BJM. | P | 0.50 | 386.00 | 193.00 | 0.50 | 295.00 | 147.50 |
| 09/04/13 | MSS | Determine proper date of service for complaint | P | 0.10 | 315.00 | 31.50 | 0.10 | 250.00 | 25.00 |
| 09/10/13 | MSS | Enter appearance in case | MP | 0.10 | 315.00 | 31.50 | 0.10 | 250.00 | 25.00 |
| 09/16/13 | BJM | Review of order. | CD | 0.20 | 455.00 | 91.00 | 0.20 | 450.00 | 90.00 |
| 09/16/13 | MSS | Review court correspondence and confer with BJM and GLC re: service of process | P | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 |
| 10/21/13 | BJM | Call with opposing counsel re: extension for answer. | P | 0.20 | 455.00 | 91.00 | 0.20 | 450.00 | 90.00 |
| 11/12/13 | MSS | Review pleadings and case file - and email opp counsel re: 26(f) conference; prepare draft Local Rule 16.3 joint report ; send draft to opp counsel | MP | 5.50 | 315.00 | 1,732.50 | 5.50 | 250.00 | 1375.00 |
| 11/14/13 | MSS | Review Opp counsel's draft of Local Rule 16.3 Joint Status Report | MP | 1.20 | 315.00 | 378.00 | 1.20 | 250.00 | 300.00 |
| 11/18/13 | MSS | Research the ability to bring DCHRA claims | CD | 0.30 | 315.00 | 94.50 | 0.30 | 250.00 | 75.00 |
| 11/18/13 | MSS | Teleconf with client re: status of the case and scheduling conference; review case file; finalize draft of local rule 16.3 joint status order. | MP | 2.50 | 315.00 | 787.50 | 2.50 | 250.00 | 625.00 |
| 11/20/13 | MSS | Review BJM edits to Rule 16.3 joint report draft; send to Opp counsel for review; file document | MP | 0.80 | 315.00 | 252.00 | 0.80 | 250.00 | 200.00 |
| 11/26/13 | MSS | Review protective order draft from opp counsel | MP | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 |

116

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/13 | MSS | Prep for scheduling conference tomorrow. | HE | 0.60 | 315.00 | 189.00 | 0.60 | 250.00 | 150.00 | |
| 12/04/13 | BJM | Call with MSS re: status conference. | HE | 0.20 | 455.00 | 91.00 | 0.20 | 445.00 | 89.00 | |
| 12/04/13 | MSS | ~~Travel to and from scheduling conference;~~ prep for conference; attend scheduling conference; telconf with BJM re scheduling conference; email with client re same; teleconf with client | HE | 3.40 | 315.00 | 1,071.00 | 1.9 | 250.00 | 475.00 | Reduced by 1.5 hours (travel time) |
| 12/04/13 | MSS | Review and edit protective order. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 250.00 | 75.00 | |
| 12/04/13 | MSS | *Travel to and from scheduling conference* | *Travel* | | | | *1.5* | *125.00* | *187.50* | *Travel time at 50%* |
| 12/05/13 | BJM | Review of proposed protective order and edits made. | MP | 0.50 | 455.00 | 227.50 | 0.50 | 445.00 | 222.50 | |
| 12/10/13 | MSS | Email to client re information needed for discovery: listen to audio recordings; discussion with BJM re same | D | 1.00 | 315.00 | 315.00 | 1.00 | 250.00 | 250.00 | |
| 12/12/13 | MSS | Email correspondence re: info needed for initial disclosures; research initial disclosures | D | 1.00 | 315.00 | 315.00 | 1.00 | 250.00 | 250.00 | |
| 12/13/13 | MSS | Draft initial disclosures; teleconf with client re: same | D | 0.80 | 315.00 | 252.00 | 0.80 | 250.00 | 200.00 | |
| 12/16/13 | BJM | Review of initial disclosures. | D | 0.20 | 455.00 | 91.00 | 0.20 | 450.00 | 90.00 | |
| 12/16/13 | MSS | Draft initial disclosures; finalize and send same | D | 4.20 | 315.00 | 1,323.00 | 4.20 | 250.00 | 1050.00 | |
| 12/30/13 | MSS | Review emails and documents sent by Tridico; email to Opp counsel re: good faith letter regarding Rule 26 initial disclosures. | D | 0.90 | 315.00 | 283.50 | 0.90 | 250.00 | 225.00 | |
| 12/30/13 | MSS | Phone call with Opp counsel re: protective order | MP | 0.10 | 315.00 | 31.50 | 0.10 | 250.00 | 25.00 | |
| 12/31/13 | MSS | Phone call with BJM re: protective order.; send draft back to oppposing counsel; finalize and file protective order | MP | 0.80 | 315.00 | 252.00 | 0.80 | 250.00 | 200.00 | |
| 01/14/14 | MSS | Research for supporting case law in prep for discovery. | D | 1.70 | 315.00 | 535.50 | 1.70 | 250.00 | 425.00 | |
| 01/14/14 | MSS | Research re: dispositive motions practice | MP | 1.00 | 315.00 | 315.00 | 1.00 | 250.00 | 250.00 | |
| 01/21/14 | MSS | Review transcriptions of audio files: email correspondence to BJM re: same | D | 2.30 | 315.00 | 724.50 | 2.30 | 250.00 | 575.00 | |
| 01/24/14 | MSS | Teleconf with client re facts and information | CD | 0.60 | 315.00 | 189.00 | 0.60 | 250.00 | 150.00 | |

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/14 | MSS | Draft discovery | D | 1.60 | 315.00 | 504.00 | 1.60 | 250.00 | 400.00 | |
| 01/28/14 | MSS | Draft discovery; research re same | D | 1.10 | 315.00 | 346.50 | 1.10 | 250.00 | 275.00 | |
| 01/29/14 | MSS | Discovery | D | 1.00 | 315.00 | 315.00 | 1.00 | 250.00 | 250.00 | |
| 01/30/14 | MSS | Teleconf with client re: strategy and current situation at work.; discussion with BJM re: same. | CD | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 01/31/14 | MSS | Draft Discovery | D | 0.70 | 315.00 | 220.50 | 0.70 | 250.00 | 175.00 | |
| 02/03/14 | MSS | Draft discovery (complete first draft of ROGs, send to BJM for review) | D | 2.70 | 315.00 | 850.50 | 2.70 | 250.00 | 675.00 | |
| 02/04/14 | BJM | Review of draft of interrogatories. | D | 0.40 | 455.00 | 182.00 | 0.40 | 450.00 | 180.00 | |
| 02/04/14 | MSS | Review BJM comments to ROGS. | D | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 | |
| 02/05/14 | MSS | Revise discovery per BJM review: draft remaining discovery | D | 3.30 | 315.00 | 1,039.50 | 3.30 | 250.00 | 825.00 | |
| 02/07/14 | BJM | Review of RPDs to defendant. | D | 0.30 | 455.00 | 136.50 | 0.30 | 450.00 | 135.00 | |
| 02/07/14 | MSS | Incorporate BJM edits; finalized RPDs | D | 0.60 | 315.00 | 189.00 | 0.60 | 255.00 | 153.00 | |
| 02/26/14 | MSS | Review correspondence from client re union representation for personnel action taken b/c of DUI; call with client re: same | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 02/27/14 | MSS | Teleconf with client re: union representation in the disciplinary action | NC | 0.40 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 03/13/14 | MSS | Email correspondence to Opp counsel re: discovery | D | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 | |
| 03/18/14 | MSS | Draft good faith letter to Opp counsel re: outstanding discovery; send letter re: same; review discovery requests by D | D | 1.30 | 315.00 | 409.50 | 1.30 | 250.00 | 325.00 | |
| 03/20/14 | MSS | Call with client and BJM re: discovery and depositions | D | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 03/31/14 | MSS | Email to M. Mullen re: oustanding discovery; call with client re: same | D | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 04/02/14 | MSS | Initial review of D's document production to insure all the files worked | D | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 | |
| 04/04/14 | MSS | Draft email to Opp counsel re: overdue discovery; research FRCP re requirements to send motion to compel to opp counsel prior to filing; send email | D | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 04/07/14 | MSS | Email correspondence with Opp counsel re: discovery issues | D | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 | |

| Date | | Description | D/R | Hours | Rate | Amount | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/09/14 | MSS | Call with opp counsel re: them not having the interrogatory responses back yet. | D/R | 0.50 | 315.00 | 157.50 | 0.50 | 250.00 | 125.00 | |
| 04/10/14 | MSS | Review email correspondence from client re: discovery; respond to same correspondence re: discovery | D | 0.10 | 315.00 | 31.50 | 0.10 | 250.00 | 25.00 | |
| 04/15/14 | MSS | Meeting with client to discuss depositions and discovery | D | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 04/17/14 | MSS | Teleconf with opp counsel re: discovery | D | 0.40 | 315.00 | 126.00 | 0.40 | 250.00 | 100.00 | |
| 04/21/14 | MSS | Draft joint motion for extension of discovery deadlines | D | 0.50 | 315.00 | 157.50 | 0.50 | 250.00 | 125.00 | |
| 04/22/14 | MSS | Finalize draft of joint motion to extend discovery deadlines, send to Opp counsel. | D | 0.30 | 315.00 | 94.50 | 0.30 | 250.00 | 75.00 | |
| 04/28/14 | MSS | Finalized latest draft of joint motion to modify the scheduling order, sent to Opp counsel for review. | D | 0.20 | 315.00 | 63.00 | 0.20 | 250.00 | 50.00 | |
| 04/30/14 | MSS | Review D's responses to discovery | D | 0.80 | 315.00 | 252.00 | 0.80 | 250.00 | 200.00 | |
| 05/01/14 | MSS | Review D's discovery production; research cases in preparation for good faith letter | D | 4.20 | 315.00 | 1,323.00 | 4.20 | 250.00 | 1050.00 | |
| 05/02/14 | MSS | Continue drafting good faith discovery letter; start drafting responses to Def's discovery requests | D | 4.10 | 315.00 | 1,291.50 | 4.10 | 250.00 | 1025.00 | |
| 05/05/14 | BJM | Review of letter to opposing counsel re: discovery deficiencies, research on case law re: duty to answer interrogatories viewed as over broad to the fullest extent possible. | D | 1.10 | 455.00 | 500.50 | 1.10 | 450.00 | 495.00 | |
| 05/05/14 | MSS | Draft discovery responses | D | 5.50 | 315.00 | 1,732.50 | 5.50 | 250.00 | 1375.00 | |
| 05/06/14 | MSS | Draft discovery; teleconf with Opp Counsel Aaron Finkhousen re: same | D | 2.60 | 315.00 | 819.00 | 2.60 | 250.00 | 650.00 | |
| 05/13/14 | MSS | Draft responses to discovery | D | 3.50 | 315.00 | 1,102.50 | 3.50 | 250.00 | 875.00 | |
| 05/13/14 | MSS | Review latest email correspondence from client | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 05/13/14 | MSS | Teleconf with client re: latest emails he sent to me | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |

| Date | Staff | Description | D | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 05/21/14 | JAR | Telephone call to Mr. Tridico re: paystubs. | D | 0.10 | 154.00 | 15.40 | 0.10 | 150.00 | 15.00 |
| 05/22/14 | JAR | Telephone call and e-mail to Mr. Tridico re: paystubs. | D | 0.20 | 154.00 | 30.80 | 0.20 | 150.00 | 30.00 |
| 05/22/14 | JAR | Download client's 2011-2014 paystubs from D.C. Government portall website and review. | D | 1.30 | 154.00 | 200.20 | 1.30 | 150.00 | 195.00 |
| 05/23/14 | BJM | Meeting with MSS re: discovery. | D | 0.50 | 455.00 | 227.50 | 0.50 | 450.00 | 225.00 |
| 05/23/14 | JAR | Download client's 2007-2014 paystubs from D.C. Government portall website and review. | D | 0.50 | 154.00 | 77.00 | 0.50 | 150.00 | 75.00 |
| 05/23/14 | MSS | Confer with BJM re: responses to discovery | D | 0.50 | 315.00 | 157.50 | 0.50 | 250.00 | 125.00 |
| 05/27/14 | JAR | Continue to download client's 2007-2014 paystubs from D.C. Government portall website. | D | 1.00 | 154.00 | 154.00 | 1.00 | 150.00 | 150.00 |
| 05/28/14 | JAR | Download client's 2007-2014 paystubs from D.C. Government portall website and review. | D | 1.00 | 154.00 | 154.00 | 1.00 | 150.00 | 150.00 |
| 05/28/14 | MSS | Discovery answers | D | 1.40 | 315.00 | 441.00 | 1.40 | 250.00 | 350.00 |
| 06/05/14 | MSS | Email correspondence with Opp counsel re: discovery and noting depositions | D | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 |
| 06/06/14 | MSS | Draft discovery answers to ROGS; review client medical records | D | 1.60 | 315.00 | 504.00 | 1.60 | 255.00 | 408.00 |
| 06/10/14 | MSS | Discovery responses | D | 1.50 | 315.00 | 472.50 | 1.50 | 255.00 | 382.50 |
| 06/11/14 | BJM | Review of client's interrogatory answers. | D | 0.70 | 455.00 | 318.50 | 0.70 | 460.00 | 322.00 |
| 06/11/14 | MSS | Document review in prep for doc production | D | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 |
| 06/12/14 | BJM | Review of interrogatory answers, research on document requests in interrogatories, review of documents for production purposes. | D | 1.90 | 455.00 | 864.50 | 1.90 | 460.00 | 874.00 |
| 06/12/14 | MSS | Review D's latest document production | D | 3.00 | 315.00 | 945.00 | 3.00 | 255.00 | 765.00 |
| 06/12/14 | MSS | Draft P's responses do D's RPDs | D | 1.50 | 315.00 | 472.50 | 1.50 | 255.00 | 382.50 |
| 06/12/14 | MSS | Teleconf and email correspondence to Opp Counsel re: Octo email search | D | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 |
| 06/12/14 | MSS | Review and revise BJM's edits to first draft of ROGs | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 |

| Date | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/12/14 | MSS | Prepare and research responses to D's response to our good faith letter in preparation for tomorrow's teleconf | D | 0.90 | 315.00 | 283.50 | 0.90 | 255.00 | 229.50 |
| 06/13/14 | BJM | Review of discovery answers, call with DC counsel re: discovery dispute and depositions. | D | 0.70 | 455.00 | 318.50 | 0.70 | 460.00 | 322.00 |
| 06/13/14 | MSS | Prep and research for call with opp counsel re: good faith letter | D | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 |
| 06/13/14 | MSS | Review D's doc production | D | 1.60 | 315.00 | 504.00 | 1.60 | 255.00 | 408.00 |
| 06/13/14 | MSS | Teleconf with client re: extra document requests | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 |
| 06/16/14 | BJM | Review of discovery production. | D | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 |
| 06/16/14 | MSS | Discovery - prepare doc production | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 |
| 06/17/14 | MSS | Finalize RPD responses | D | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 |
| 06/18/14 | MSS | Teleconf with Opp counsel: follow up to last week's good faith discovery discussion ; Teleconf with client re: discovery | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 |
| 06/19/14 | MSS | Finalize ROGS for delivery | D | 0.40 | 315.00 | 126.00 | 0.40 | 255.00 | 102.00 |
| 06/24/14 | MSS | Email to opp counsel re: discovery | D | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 |
| 07/11/14 | MSS | Email correspondence with client re: deposition and need to confirm dates for depo; teleconf with client re: depo dates | D | 0.40 | 315.00 | 126.00 | 0.40 | 255.00 | 102.00 |
| 08/04/14 | MSS | Email to client re: DC's search results regarding his court complaint being circulated around the office. | D | 0.10 | 315.00 | 31.50 | 0.10 | 250.00 | 25.00 |
| 08/15/14 | MSS | Discussion with BJM re: prepping for depo; listen to oral recording produced; review transcripts of internal EEO interviews | D | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 |
| 08/20/14 | MSS | Prepare for P's deposition; review discovery; send email to client re: preparing for deposition | D | 1.30 | 315.00 | 409.50 | 1.30 | 255.00 | 331.50 |
| 08/22/14 | MSS | Final prep and attend deposition | D | 8.50 | 315.00 | 2,677.50 | 8.50 | 255.00 | 2,167.50 |
| 08/25/14 | BJM | Meeting with MSS re: client's deposition, and other potential depositions as well as expert deadlines. | D | 0.40 | 455.00 | 182.00 | 0.40 | 460.00 | 184.00 |
| 08/25/14 | MSS | Confer with BJM re: depo | D/R | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/14 | MSS | Email correspondence to opp counsel re: extension of expert deadline; review medical records and track down previous therapist; draft motion for extension of expert deadlines | D | 0.80 | 315.00 | 252.00 | 0.80 | 255.00 | 204.00 | |
| 08/27/14 | MSS | Teleconf with client re: research; review docs from client again; update discovery responses | D/R | 3.30 | 315.00 | 1,039.50 | 3.30 | 255.00 | 841.50 | |
| 08/28/14 | MSS | Documents that need to be produced; supplemental discovery responses | D | 0.70 | 315.00 | 220.50 | 0.70 | 255.00 | 178.50 | |
| 09/02/14 | MSS | Call to Dr's office re: Tridico; confer with BJM re: other depositions; draft depo notice; email correspondence to Opp counsel re: depo of Ofc. Alberti; email correspondence with client re: follow-up on additional discovery points | D | 0.80 | 315.00 | 252.00 | 0.80 | 255.00 | 204.00 | |
| 09/03/14 | MSS | Call with Gina Sangster, treating LCSW | D/R | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 09/12/14 | MSS | Draft supplemental discovery responses | D | 0.90 | 315.00 | 283.50 | 0.90 | 255.00 | 229.50 | |
| 09/15/14 | MSS | Finalize supplemental discovery answers; call with Opp Counsel re: depositions; confer with BJM re: same | D | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 | |
| 09/16/14 | MSS | Teleconf with Expert re: economic loss report | NC | 0.10 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 09/18/14 | JJC | Revise and edit Notice of Deposition and Subpoena for Alberti. | D | 0.50 | 154.00 | 77.00 | 0.50 | 150.00 | 75.00 | |
| 09/18/14 | MSS | Call to opp counsel re: scheduling depositions | D | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 09/19/14 | MSS | Call with Richard Lockley (expert) re: damages; call with client re: same | NC | 0.90 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 09/23/14 | MSS | Review audio recording for supplemental interrogatory responses | D/R | 1.40 | 315.00 | 441.00 | 1.40 | 255.00 | 357.00 | |
| 09/25/14 | MSS | Email to expert re: expert designation | NC | 0.40 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 09/26/14 | MSS | Arrange subpoena and service for Officer Alberti | D/R | 0.80 | 315.00 | 252.00 | 0.80 | 255.00 | 204.00 | |
| 09/29/14 | MSS | Prepare and finalize subpoena for Alberti | D | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 10/02/14 | MSS | Send supplemental documents to defendant; read deposition transcript | D | 0.90 | 315.00 | 283.50 | 0.90 | 255.00 | 229.50 | |
| 10/03/14 | MSS | Review deposition transcript | D | 2.50 | 315.00 | 787.50 | 2.50 | 250.00 | 625.00 | |
| 10/06/14 | MSS | Continue reading deposition transcript. | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/07/14 | MSS | Draft questions for Ofc. Alberti depo | D | 0.70 | 315.00 | 220.50 | 0.70 | 255.00 | 178.50 | |
| 10/08/14 | BJM | Review of deposition outline from MSS for deposition of Officer Albertini | D | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |
| 10/08/14 | MSS | Continue depo prep for officer alberti; continue reviewing Tridico depo transcript | D | 5.00 | 315.00 | 1,575.00 | 5.00 | 255.00 | 1275.00 | |
| 10/09/14 | BJM | Meeting with MSS re: deposition, attending deposition of Officer Alberti | D/R | 3.50 | 455.00 | 1,592.50 | 3.50 | 460.00 | 1610.00 | |
| 10/09/14 | MSS | Prep for deposition; finish reviewing Tridico's deposition transcript for errata; | D | 2.50 | 315.00 | 787.50 | 2.50 | 255.00 | 637.50 | |
| 10/10/14 | MSS | Follow-up email to Opp Counsel re: additional documents to be produced in response to our RFD request. | D | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 10/22/14 | MSS | Errata sheet for client | D | 1.60 | 315.00 | 504.00 | 1.60 | 255.00 | 408.00 | |
| 10/22/14 | MSS | Review transcript from 3rd party witness, alberti | D | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 10/23/14 | MSS | Review alberti depo; send witness email re: errata sheet | D | 2.30 | 315.00 | 724.50 | 2.30 | 255.00 | 586.50 | |
| 10/24/14 | MSS | Teleconf with client re: deposition errata - email to client re: same | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 10/27/14 | MSS | Email correspondence with client re: depo; call with client re: same | D | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 10/28/14 | MSS | Call with expert re: bill; call with client re: same | NC | 0.30 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 10/30/14 | MSS | Finalize the errata sheet; meet with client to sign errata sheet | D | 0.80 | 315.00 | 252.00 | 0.80 | 255.00 | 204.00 | |
| 11/05/14 | MSS | Research methods of stipulating authenticity | D | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 11/06/14 | MSS | Review latest document production from DC | D | 0.70 | 315.00 | 220.50 | 0.70 | 255.00 | 178.50 | |
| 11/11/14 | BJM | Review of depositions, research on RFAs for authentication purposes. | D | 1.70 | 455.00 | 773.50 | 1.70 | 460.00 | 782.00 | |
| 11/11/14 | MSS | Teleconf with client re: update on discovery and discussion of future motions. | D | 0.40 | 315.00 | 126.00 | 0.40 | 255.00 | 102.00 | |
| 11/13/14 | MSS | Email to Opp counsel re: stipulations | D | 0.10 | 315.00 | 31.50 | 0.10 | 255.00 | 25.50 | |
| 11/18/14 | BJM | Call with economic expert | NC | 0.20 | 455.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/08/14 | BJM | Call with DCAG re: conference call with Judge Huvelle. | D | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |

| Date | Initials | Description | Code | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/14 | BJM | Call with client re: status and mediation. | D | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |
| 12/12/14 | VXM | Discussed district court admission with BJM and DC Bar requirements. | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/17/14 | VXM | Began review of pleadings in case and DCOHR docs and medical records. | CD | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 12/19/14 | BJM | Demand to MPD counsel for mediation. | ADR | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |
| 12/23/14 | VXM | Confirmed review of discovery responses and began reading through client's deposition. | D | 2.00 | 315.00 | 630.00 | 2.00 | 255.00 | 510.00 | |
| 12/23/14 | VXM | Reviewed and edited motion for pro hac and edited exhibit declaration and forms for submission. | MP | 0.60 | 315.00 | 189.00 | 0.60 | 255.00 | 153.00 | |
| 12/23/14 | VXM | Reviewed local DDC Rules for pro hoc process for compliance. | NC | 0.30 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/30/14 | BJM | Call with VM re: mediation statement. | ADR | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |
| 12/30/14 | CXF | Read complaint; initial phone meeting with Brian Markovitz and Vijay Mani regarding the background of the case and what needs to be included in the draft of mediation statement. Read through the depositions of Plaintiff and Alberti | ADR | 4.30 | 154.00 | 662.20 | 4.30 | 150.00 | 645.00 | |
| 12/30/14 | VXM | Began review of discovery responses and depo to familiarize with case and prepare for mediation. | ADR | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 | |
| 12/30/14 | VXM | Communication with law clerk concerning mediation statement. | ADR | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 12/30/14 | VXM | Meeting with BJM regarding mediation statement, case history, and model sample. | ADR | 0.40 | 315.00 | 126.00 | 0.40 | 255.00 | 102.00 | |
| 12/30/14 | VXM | Sent law clerk settlement demand, relevant transcripts, and sample statements for review and for drafting mediation statement. | ADR | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/14 | CXF | Continued to work on the Mediation Statement. Read new settlement offer. Read Defendant's responses to interrogatories and the EEOC decision, drafting mediation statement. | ADR/R | 3.30 | 154.00 | 508.20 | 3.30 | 150.00 | -495.00 | |
| 12/31/14 | VXM | Read and sent analysis from letter of determination to C. Fuentes. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 01/05/15 | BJM | Deposition review and drafting mediation statement. | ADR | 2.30 | 455.00 | 1,046.50 | 2.30 | 460.00 | 1058.00 | |
| 01/05/15 | CXF | Editing mediation letter and preparing exhibits for the judge | ADR | 0.40 | 154.00 | 61.60 | 0.40 | 150.00 | 60.00 | |
| 01/05/15 | VXM | Completed latest revisions and edits to mediation statement. | ADR | 1.30 | 315.00 | 409.50 | 1.30 | 255.00 | 331.50 | |
| 01/05/15 | VXM | Organized and gathered all exhibits and covers to accompany mediation statement | ADR | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 01/05/15 | VXM | Proofread and finalized mediation statement for filing. | ADR | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 01/05/15 | VXM | Meeting with Chelsea Fuentes regarding review of statement, and preparation of final exhibits to mediation statement. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 01/06/15 | CXF | Finalized and scanned exhibits to the mediation statement. Final proofread of mediation statement | ADR | 1.30 | 154.00 | 200.20 | 1.30 | 154.00 | 200.20 | |
| 01/06/15 | VXM | Met with J. Richardson regarding verification of all exhibits to be sent for mediation to Judge Kay. | ADR | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 02/05/15 | BJM | Review of mediation statement. | ADR | 0.50 | 455.00 | 227.50 | 0.50 | 460.00 | 230.00 | |
| 02/05/15 | VXM | Communication with G. Chandler to ensure updated exhibits are sent with mediation statement. | ADR | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 02/24/15 | BJM | Preparation and travel for mediation with Judge Kaye. | NC | 6.70 | 455.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 02/24/15 | VXM | Calendared all items discussed in mediation and began review of docs for settlement demand per discussion with opposing counsel.i | ADR | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |

| Date | | Description | | | | | | | | No charge |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/24/15 | VXM | Preparation and travel for mediation with Judge Kaye. | NC | 6.70 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 02/27/15 | VXM | Began drafting settlement demand breaking down elements in case needed to prevail and justifying demand per discussion at mediation. | ADR | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 | |
| 03/02/15 | BJM | Review of consent motion. | MP | 0.20 | 455.00 | 91.00 | 0.20 | 460.00 | 92.00 | |
| 03/02/15 | VXM | Communication with BJM regarding drafting motion for Judge Huvelle. | MP | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 03/02/15 | VXM | Reviewed all communication between counsel, reviewed scheduling order and all deadlines; drafted motion to modify scheduling order and proposed order, and sent to BJM for review and review by opposing counsel | MP | 1.50 | 315.00 | 472.50 | 1.50 | 255.00 | 382.50 | |
| 03/03/15 | VXM | Reviewed and edited motion to modify scheduling order and order. | MP | 0.40 | 315.00 | 126.00 | 0.40 | 255.00 | 102.00 | |
| 03/03/15 | VXM | Communication with M. Mullen (opposing counsel) regarding approval for motion to be filed. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 03/03/15 | VXM | Follow-up communication with Owen Williams regarding approval for motion to be filed. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 03/03/15 | VXM | Finalized motion and order post-DC Gov review and prepared for filing. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 03/23/15 | BJM | Review of statement to Martha Mullen re: settlement. | ADR | 0.30 | 455.00 | 136.50 | 0.30 | 460.00 | 138.00 | |
| 04/29/15 | VXM | Discussion with BJM regarding request for extension and previous communication with opposing counsel. | MP | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 05/01/15 | VXM | Discussion with BJM re: cross-motion for SJ. | MP | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 | |
| 05/18/15 | BJM | Review of motion for sj, research on worksharing agreement between DCOHR and EEOC. | MP | 1.50 | 455.00 | 682.50 | 1.50 | 460.00 | 690.00 | |

| Date | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/20/15 | VXM | Began outline of facts and elements needed for each separate claim in preparation for opposition to MSJ. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 255.00 | 510.00 |
| 05/20/15 | VXM | Researching issue of USERRA hostile work environment and whether case law supporting HWE claims. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 255.00 | 510.00 |
| 05/28/15 | VXM | Communication with opposing counsel regarding motion for extension and consent. | MP | 0.20 | 315.00 | 63.00 | 0.20 | 255.00 | 51.00 |
| 05/28/15 | VXM | Researched work share agreement regarding DCHRC and procedural arguments for MSJ opp. argument subsection 1. | MP | 1.00 | 315.00 | 315.00 | 1.00 | 255.00 | 255.00 |
| 06/02/15 | VXM | Review of latest order and recalendaring of MSJ deadlines. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 |
| 06/04/15 | VXM | Continued review of docs, depos, discovery responses for excerpts and support for each element of each claim in complaint for opposition to MSJ. | MP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 |
| 06/04/15 | VXM | Researched cases to support that severity of harassment claim under religious discrimination may include comments as in this case. | MP | 1.50 | 315.00 | 472.50 | 1.50 | 315.00 | 472.50 |
| 06/08/15 | VXM | Tridico review of depos | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |
| 06/09/15 | VXM | Meeting with BJM on Tridico update | MP | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 |
| 06/09/15 | VXM | Tridico review of all facts in depos and docs, corresponding to each paragraph in SOMF from D, and evaluation of disputed and unaddressed facts. | MP | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 |
| 06/09/15 | VXM | Tridico work on SOMFD | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |
| 06/12/15 | D | Research DC minimum regulations on initial disclosures and discovery | | 0.80 | 315.00 | 252.00 | 0.80 | 315.00 | 252.00 |
| 06/12/15 | VXM | Tridico review of depositions, drafting oppositions to SOMF & MSJ | MP | 5.00 | 315.00 | 1,575.00 | 5.00 | 315.00 | 1,575.00 |
| 06/15/15 | VXM | Tridico depo notes for Opposition to SOMF & MSJ | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/15/15 | VXM | Reviewed deposition of Officer Alberti and taking deposition notes and excerpts for Motion for Summary Judgment Opposition | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 06/16/15 | VXM | Tridico SOMFD | MP | | | | | | | |
| 06/19/15 | VXM | Completed drafting revisions to introduction, procedural background, and fact statement for opposition to msj and mtd, and proofread same. | MP | 4.00 | 315.00 | 1,260.00 | 4.00 | 315.00 | 1260.00 | |
| 06/19/15 | VXM | Completed all citations and revisions to statement of material facts in dispute and proofread same and prepared for BJM review. | MP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 06/21/15 | VXM | Completed drafting standard of review for msj and mtd opposition and researched issue of DCHRA claims being barred if a remedy is sought with DCOHR. | MP | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 | |
| 06/21/15 | VXM | Reviewed all administrative documents and began drafting argument subsection on exhaustion in EEO for title VII and retaliation claims. | MP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 06/22/15 | BJM | Editing opposition to motion for summary judgment, meeting with VXM re: same, review of SOMF, research on USERRA HWE claims | MP | 3.70 | 455.00 | 1,683.50 | 3.70 | 455.00 | 1683.50 | |
| 06/22/15 | MEK | Reviewed Def's SJ argument on Negligent Retention; Researched Negligent Retention and ability to bring claim in addition to Title VII cases; Reviewed Def's case law citations; Drafted short argument as to why a negligent retention claim can be coupled with Title VII claims | NC | 1.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 06/22/15 | VXM | Researched cases that reflect that an EEOC complaint need not allege retaliation if the facts encompass a retaliation claim. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |

128

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|------|---|-------------|---|-------|------|--------|-------|------|--------|-------|
| 06/22/15 | VXM | Researched elements for a USERRA discrimination claim and cases supporting discrimination based on demotion and other adverse actions and disparate treatment. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 06/22/15 | VXM | Completed drafting argument subsection that there are material facts in dispute for title vii and uscrra discrimination claims. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 06/22/15 | VXM | Researched retaliation elements alligned with facts in this case and completed drafting argument subsections for disputed facts for reprisal claims under USERRA and Title VII. | MP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 06/22/15 | VXM | Gathered all exhibits, finalized all edits based on BJM comments, proofread entire opposition and MPA and SOMFD, and filed all with district court. | MP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 06/22/15 | VXM | Researched severity and frequency cases for hostile work environment claims and completed argument subsection on USERRA and title VII hostile work environment claims. | MP/R | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 06/22/15 | VXM | Completed drafting argument subsection on negligent retention based on MK research. | NC | 0.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 07/01/15 | BJM | Call with opposing counsel re: extension of time to file reply | MP | 0.20 | 455.00 | 91.00 | 0.20 | 455.00 | 91.00 | |
| 07/10/15 | MEK | Pulled RTS Letter from DOJ; Pulled original complaint: Verified dates for filing within 90 days of issuance. Forwarded RTS Letter to opposing counsel | MP | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 07/15/15 | BJM | Call with client re: status of the motions, email to clerk re: extension. | MP | 0.40 | 455.00 | 182.00 | 0.40 | 455.00 | 182.00 | |
| 07/15/15 | VXM | Review of latest motion from DC and lack of consent for same. | MP | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 07/17/15 | VXM | Reviewed reply to MSJ opp to dermine if sureply needed. | MP | 1.50 | 315.00 | 472.50 | 1.50 | 315.00 | 472.50 | |

| Date | | Description | Code | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/17/15 | VXM | Discussed new arguments and other issues raised by DC in reply and whether warrants a surreply with BJM. | MP | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 09/01/15 | BJM | Review of summary judgment opinion. | MP | 0.40 | 455.00 | 182.00 | 0.40 | 455.00 | 182.00 | |
| 09/02/15 | VXM | Call with BJM on Tridico | CD | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 09/02/15 | VXM | Tridico review and notes regarding memo opposition | MP | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 09/11/15 | BJM | Drafting consent motion to reschedule status conference. | CD | 0.20 | 455.00 | 91.00 | 0.20 | 455.00 | 91.00 | |
| 09/22/15 | BJM | Meeting with DCAG re: mediation. | ADR/R | 0.20 | 455.00 | 91.00 | 0.20 | 455.00 | 91.00 | |
| 09/22/15 | BJM | Travel and attending status conference. | HE/R | 3.20 | 455.00 | 1,456.00 | 1.7 | 455.00 | 773.50 | Reduced by 1.5 hours (travel time) |
| 09/22/15 | BJM | *Travel to status conference* | *Travel* | | | | *1.5* | *227.50* | *341.25* | *Travel time at 50%* |
| 10/02/15 | VXM | Discussion with BJM on Tridico mediation | ADR | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 10/12/15 | VXM | USDC DC application | NC | 0.60 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 10/30/15 | VXM | Reviewed docs from discovery responses to see if any hearing use narratives in IROG responses to help show hostile work environment and retaliation. | T | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 11/05/15 | VXM | Reviewed all remaining deadlines and trial details to create timeline of tasks to be prepared leading up to trial. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 11/05/15 | VXM | Reviewed opposition to MSJ to prepare issues to develop and create trial strategy when meeting with S. Vinick. | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 | |
| 11/06/15 | BJM | Meeting with VXM and SBV re: trial preparation, document review, pretrial order. | T | 0.50 | 455.00 | 227.50 | 0.50 | 455.00 | 227.50 | |
| 11/06/15 | VXM | Reviewed memo opinion and outlined each claim and summary of each claim to be tried for prep meeting with SBV and BJM | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 | |
| 11/06/15 | VXM | Reviewed mediation order and pretrial scheduling order and emailed updated dates for all deadlines to SBV and BJM. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |

| Date | Initials | Description | Code | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/15 | VXM | Meeting with SBV and BJM regarding case claims and damages, and timeline of deadlines and tasks. | T/R | 0.80 | 315.00 | 252.00 | 0.80 | 315.00 | 252.00 | |
| 11/10/15 | VXM | Review of correspondence from BJM to M. Mullen and comment on same re: mediation and previous demand. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 11/10/15 | VXM | Discussion with BJM concerning opposing counsel response and recent demand letter. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 11/11/15 | VXM | Discussion with BJM on mediation and communication with Judge Kay. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 11/11/15 | VXM | Reviewed opposition to SJ. memo opinion and made notes for mediation, continued reading original demand. | ADR | 1.80 | 315.00 | 567.00 | 1.80 | 315.00 | 567.00 | |
| 11/12/15 | BJM | Preparation, travel and attending mediation with federal magistrate. | ADR | 4.20 | 455.00 | 1,911.00 | 2.7 | 455.00 | 1228.50 | Reduced by 1.5 hours (travel time) |
| 11/12/15 | BJM | Travel to mediation | Travel | | | | 1.5 | 227.50 | 341.25 | Travel time at 50% |
| 11/12/15 | VXM | Travel to mediation in Judge Kay's Chambers at DDC. | NC | 0.80 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 11/12/15 | VXM | Travel to JGL from mediation in DDC. | NC | 0.80 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 11/12/15 | VXM | Mediation at Judge Kay's chambers. | NC | 3.00 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 11/17/15 | VXM | Discussion with BJM and A. Taylor re: deadlines with rescheduled pretrial conference and new calendared items. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 11/17/15 | VXM | Discussion with BJM on in limine motions and trial brief and need for same. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 11/17/15 | VXM | Reviewed model and drafting initial portions of pretrial statement. | T | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 11/18/15 | VXM | Gathered evidence and identified each for inclusion in joint pretrial statement. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 11/19/15 | JJC | Pre-Trial Statement Prep meeting with VXM. | T | 0.30 | 154.00 | 46.20 | 0.30 | 154.00 | 46.20 | |
| 11/19/15 | VXM | Researched dates for pretrial deadlines based on source email and recalendared and confirmed with BJM. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 11/19/15 | VXM | Discussed with M. Mullen DC's request for extension | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/15 | VXM | Meeting with J. Cherry regarding facts of case and joint pretrial statement tasks. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 11/23/15 | BJM | Meeting with VXM re: pretrial | T | 0.20 | 455.00 | 91.00 | 0.20 | 455.00 | 91.00 | |
| 11/23/15 | VXM | Mediation communication with opposing counsel. | ADR/R | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 11/24/15 | JJC | Trial preparation meeting with Vijay Mani. | T | 0.10 | 154.00 | 15.40 | 0.10 | 154.00 | 15.40 | |
| 11/29/15 | VXM | Continued work on pretrial statement and in limine motion. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 11/30/15 | VXM | Meeting with J. Cherry on outstanding tasks for joint pretrial statement. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 12/01/15 | BJM | Call with opposing counsel re: settlement, call with client re: defendant's proposal. | ADR | 0.40 | 455.00 | 182.00 | 0.40 | 455.00 | 182.00 | |
| 12/01/15 | BJM | Call with VXM re: pretrial statement and motions in limine, research on jury instructions. | T | 0.30 | 455.00 | 136.50 | 0.30 | 455.00 | 136.50 | |
| 12/02/15 | VXM | Meeting with BJM and communication with J. Cherry on pretrial statement. | T | 0.30 | 315.00 | 94.50 | 0.30 | 255.00 | 76.50 | |
| 12/02/15 | VXM | Meeting with SBV re: trial prep. in limine strategy. | T | 0.50 | 315.00 | 157.50 | 0.50 | 255.00 | 127.50 | |
| 12/02/15 | VXM | Researched rules 401, 403, 603 and 608 for motion in limine and cases in DDC. | T | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 12/02/15 | VXM | Continued drafting argument section and revised facts for motion in limine and trial motions. | T | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 12/03/15 | JMS | Meeting with VXM to review hostile work environment, USERRA, and retaliation claims, + future drafting of opposition to motion in limine. | T | 0.30 | 154.00 | 46.20 | 0.30 | 154.00 | 46.20 | |
| 12/03/15 | VXM | Review of D's motion in limine and discussion with BJM on same. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/03/15 | VXM | Discussion with BJM on timeline for pretrial statement, and merits of motion in limine. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/03/15 | VXM | Meeting with J. Sarfati re: merits of motion in limine, facts of case, opposition arguments and timeline for filing. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 12/04/15 | JMS | Review of Defendant's Motion in Limine to exclude Officer Alberti's testimony for drafting opposition | T | 0.30 | 154.00 | 46.20 | 0.30 | 154.00 | 46.20 | |

| Date | | Description | | Hours | Rate | Amount | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/04/15 | JMS | Review of 7 DDC cases interpreting 401–104 in "me too" testimony context. | T | 0.60 | 154.00 | 92.40 | 0.60 | 154.00 | 92.40 | |
| 12/04/15 | JMS | Drafting and revision of Draft #1 of Plaintiff's Opposition to Defendant's MIL to exclude Officer Alberti's testimony. | T | 4.80 | 154.00 | 739.20 | 4.80 | 154.00 | 739.20 | |
| 12/04/15 | VXM | Communication with expert re: trial date and set-up of follow-up call. | NC | 0.30 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/04/15 | VXM | Discussed and reviewed Judge Huvelle's pretrial statement previously approved, and jury instructions, and entries of objections/responses to witness schedule for our pretrial statement. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/07/15 | BJM | Drafting pretrial statement, review of documents, drafting voir dire, jury instructions, etc. | T | 4.20 | 455.00 | 1,911.00 | 4.20 | 455.00 | 1911.00 | |
| 12/07/15 | JMS | Incorporated track-changes from BJM, and added extra memorandum opinion citations in order to finalize Opposition to Defendant's Motion in Limine. | T | 2.30 | 154.00 | 354.20 | 2.30 | 154.00 | 354.20 | |
| 12/07/15 | VXM | Read and edited, and provided a revised version of opposition to motion in limine from District. | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |
| 12/07/15 | VXM | Made second round of revisions to opposition to motion in limine by adding case citation, changing language on limiting instructions (ad citation/research on same), and adding new deposition testimony excerpt. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/07/15 | VXM | Meeting with J. Sarfati re: edits to Motion in Limine. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/07/15 | VXM | Proofread opposition to Motion in Limine and noted additional list of minor corrections for J. Sarfati and arranged for filing. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/08/15 | BJM | Drafting pretrial statement, review of documents, drafting voir dire, jury instructions, etc.. call and emails with opposing counsel re: status, drafting joint motion for extension for pretrial. | T | 10.40 | 455.00 | 4,732.00 | 10.40 | 455.00 | 4732.00 | |

| Date | TK | Description | Type | Hours | Rate | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 12/08/15 | JMS | Legal research of 6 cases and 2 statutes, and drafted internal memorandum to BJM re whether Plaintiff can recover punitive damages from the District of Columbia. | NC | 1.40 | 154.00 | 0 | 0.00 | 0.00 | No charge |
| 12/08/15 | JMS | Review of Memorandum Opinion to identify whether Court upheld retaliation and hostile work environment claims. | NC | 0.60 | 154.00 | 0 | 0.00 | 0.00 | No charge |
| 12/08/15 | MEK | Researched case law for whether a government municipality is immune from awards of punitive or liquidated damages under USERRA; Reviewed jury instructions concerning liquidated damages and willfullness under USERRA. | T | 2.50 | 315.00 | 2.50 | 315.00 | 787.50 | |
| 12/08/15 | VXM | Continued working on witness list, and summaries of expected testimonies and sent to BJM for jury instructions purposes. | T | 2.00 | 315.00 | 2.00 | 315.00 | 630.00 | |
| 12/08/15 | VXM | Communications and discussions with opposing counsel re: objections and D's portions for complete version for pretrial statement. | T | 0.50 | 315.00 | 0.50 | 315.00 | 157.50 | |
| 12/08/15 | VXM | Communication with BJM re: pretrial statement. | T | 0.30 | 315.00 | 0.30 | 315.00 | 94.50 | |
| 12/08/15 | VXM | Revised and completed deposition excerpts, witness schedule and exhibit lists of initial draft of joint pretrial statement and sent to BJM to send to opposing counsel. | T | 4.50 | 315.00 | 4.50 | 315.00 | 1,417.50 | |
| 12/08/15 | VXM | Reviewed/Edited joint motion to extend deadline. | T/R | 0.40 | 315.00 | 0.40 | 315.00 | 126.00 | |
| 12/09/15 | BJM | Emails with opposing counsel, review of pretrial statement. | T | 0.90 | 455.00 | 0.90 | 455.00 | 409.50 | |
| 12/09/15 | BJM | Preparation for trial, meeting with VXM re: trial preparation and pretrial statement. | T | 4.30 | 455.00 | 4.30 | 455.00 | 1,956.50 | |
| 12/09/15 | VXM | Discussion with BJM on exchange of exhibits and correspondence with M. Mullen. | T | 0.30 | 315.00 | 0.30 | 315.00 | 94.50 | |

| Date | TK | Description | Task | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/09/15 | VXM | Communication with M. Mullen on preserving objections for all exhibits and timeline for filing. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/09/15 | VXM | Communication with M. Mullen on defendant's changes for filing final version. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 12/09/15 | VXM | Drafted a joint motion to extend filing of pretrial statement, proofread and filed with court. | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 | |
| 12/09/15 | VXM | Confirmed edits and arguments to D's portions of pretrial and researched certain jury instructions. | T | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 | |
| 12/09/15 | VXM | Call with S. Vinick re: joint pretrial, and exchange of exhibits. | T/R | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 12/10/15 | BJM | Communication with opposing counsel re: pretrial, review of deposition transcript for witness, trial prep, meeting with VXM re: trial. | T | 2.90 | 455.00 | 1,319.50 | 2.90 | 455.00 | 1319.50 | |
| 12/10/15 | VXM | Communication re: Dr. Paige and notification for his appearance at trial. | NC | 0.30 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/10/15 | VXM | Finished draft of pretrial by completing Plaintiff's objections and analysis, and revisions and additions, and sent to M. Mullen for final approval and her objections to jury instructions. | T | 3.70 | 315.00 | 1,165.50 | 3.70 | 315.00 | 1165.50 | |
| 12/11/15 | BJM | Drafting pretrial, including objections to defendant's today produced jury instructions, and research on the same. | T | 5.70 | 455.00 | 2,593.50 | 5.70 | 455.00 | 2593.50 | |
| 12/11/15 | VXM | Communication with M. Mullen re: corrected documents, tracked changes and voir dire and jury instructions. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/11/15 | VXM | Discussion with BJM and finalization of verdict form. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/11/15 | VXM | Revised and finalized our jury instructions and verdict forms and sent to M. Mullen for final approval and review (still awaiting D's jury instructions (proposed). | T | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/15 | VXM | Worked with BJM to respond to each of D's jury instructions where objectionable, including basis for objection and proposed alternative. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 12/11/15 | VXM | Reviewed, edited, and finalized, incorporating and objecting to Defendant's jury instructions, and its authority and alternative instructions; proofread entire pretrial, finalized, formatted and filed with the court. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 12/14/15 | VXM | Discussion with BJM on final filed joint pretrial statement | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 12/14/15 | VXM | Meeting and organization of exhibits and bates numbers to pull and exchange exhibits with opposing counsel. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 12/14/15 | VXM | Reviewed D's exhibits for objections and worked on pretrial memo. | T | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 12/15/15 | VXM | Discussion with BJM on getting admitted to DDC and prep for Tridico. | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/15/15 | VXM | Drafted motion for pro hac vice admission to DDC. | NC | 0.60 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/15/15 | VXM | Drafted declaration for pro hac vice after researching local rules for requirements and compliance with 44.1. | NC | 0.70 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/15/15 | VXM | Revised and edited motion for admission pro hac vice, revised declaration and drafted proposed order, proofread all docs and filed with the court. | NC | 1.00 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/15/15 | VXM | Discussions with BJM re: pro hac vice process and edits to final motion and notarizing declaration. | NC | 0.40 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/15/15 | VXM | Reviewed orders for pre-trial conference and continued gathering complete exhibits for P's binder. | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 | |
| 12/16/15 | JMS | Legal research of 7 cases to determine whether back-pack in the absence of reinstatement is a legal or equitable remedy in the context of Title 7 and USERRA. | T | 0.80 | 154.00 | 123.20 | 0.80 | 154.00 | 123.20 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/15 | JMS | Legal Research to determine latest SCOTUS definition of "but for" causation in the context of Title 7 claims and retaliation claims. | T | 0.60 | 154.00 | 92.40 | 0.60 | 154.00 | 92.40 | |
| 12/17/15 | BJM | Meeting re: trial preparation and pretrial preparation with VXM and SBV, dividing up tasks. | T | 1.80 | 455.00 | 819.00 | 1.80 | 455.00 | 819.00 | |
| 12/17/15 | VXM | Meeting with S. Vinick and BJM on Tridico prep and trial notes. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/18/15 | BJM | Research on ethics of contacting current officers at MPD (i.e. fact witnesses that are government employees). | NC | 1.20 | 455.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 12/18/15 | BJM | Meeting to prepare for pretrial. | T | 0.40 | 455.00 | 182.00 | 0.40 | 455.00 | 182.00 | |
| 12/18/15 | BJM | Drafting bench memo on right to jury trial under USERRA and right to jury trial under Title VII when no reinstatement sought. | T | 3.80 | 455.00 | 1,729.00 | 3.80 | 455.00 | 1729.00 | |
| 12/18/15 | JMS | Drafted legal memorandum for BJM review and future submission to judge re whether back-pay should be viewed as a legal or equitable remedy under USERRA and Title VII. | T | 4.10 | 154.00 | 631.40 | 4.10 | 154.00 | 631.40 | |
| 12/18/15 | JMS | Drafted legal memorandum for BJM review and future submission to judge re but for causation for a retaliation claim under Title VII. | T | 2.20 | 154.00 | 338.80 | 2.20 | 154.00 | 338.80 | |
| 12/18/15 | VXM | Meeting with S. Areizaga re: docs needed for pretrial conference and binder and authority. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/18/15 | VXM | Continued preparing all exhibits for pretrial, and trial motion. and memo for pretrial. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 12/18/15 | VXM | Continued breakdown of facts per element and cross examination sheets for 2 of D's witnesses. | T | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 | |
| 12/20/15 | BJM | Research and drafting memorandum on but for causation and whether backpay is a jury determination. | T | 2.90 | 455.00 | 1,319.50 | 2.90 | 455.00 | 1319.50 | |

| Date | Init. | Description | T | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/15 | BJM | Preparation for pretrial research on jury determination issues, causation standard, and admissibility of EEOC findings, document review; meeting with SBV re: same and pretrial motions preparation. | T | 8.20 | 455.00 | 3,731.00 | 8.20 | 455.00 | 3731.00 | |
| 12/21/15 | SBV | Mt BJM: Prepare for pre trial conference | T | 3.50 | 530.00 | 1,855.00 | 3.50 | 530.00 | 1855.00 | |
| 12/21/15 | VXM | Discussed pretrial questions for conference with BJM. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/22/15 | BJM | Preparation, travel and participation at pretrial. | T | 4.50 | 455.00 | 2,047.50 | 3 | 455.00 | 1365.00 | *Reduced by 1.5 hours (travel time)* |
| 12/22/15 | BJM | *Travel to pretrial* | *Travel* | | | | 1.5 | 227.50 | 341.25 | *Travel time at 50%* |
| 12/22/15 | SBV | ~~Travel time to and from U.S.D.C. Pre-trial Conference;~~ discussion with BJM; trial preparation | T/R | 6.00 | 530.00 | 3,180.00 | 4.5 | 530.00 | 2385.00 | *Reduced by 1.5 hours (travel time)* |
| 12/22/15 | SBV | *Travel to and from Pre-trial conference* | *Travel* | | | | 1.5 | 265.00 | 397.50 | *Travel time at 50%* |
| 12/28/15 | VXM | Call with BJM to discuss tasks in order, subpoenas, and brief on causation. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/28/15 | VXM | Communication with T. Avind at OAG regarding deposition in the case. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/29/15 | JJC | Correspondence to USDC District of Columbia. Re: Technology needs for trial on Jan 11th. | T | 0.20 | 154.00 | 30.80 | 0.20 | 154.00 | 30.80 | |
| 12/29/15 | JJC | Trial Prep for the Tridico case. Re: Trial Prep checklist for attorneys. | T | 0.70 | 154.00 | 107.80 | 0.70 | 154.00 | 107.80 | |
| 12/29/15 | VXM | Communication with BJM re: proffer requested by the court and motion. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/29/15 | VXM | Communication with J. Cherry, S. Vinick and BJM on trial prep. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 12/29/15 | VXM | Research on Causation for USERRA in all circuits and reconciliation with Title VII. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 12/29/15 | VXM | Drafted motion addressing causation for J. Hivelle. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 12/29/15 | VXM | Began review of Alberti deposition and affidavit for facts concerning each detail of her claim against Vice and MPD. | T | 1.10 | 315.00 | 346.50 | 1.10 | 315.00 | 346.50 | |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/30/15 | BJM | Review of motion on causation and proffer, research on appropriate jury instructions. | T | 2.80 | 455.00 | 1,274.00 | 2.80 | 455.00 | 1274.00 | |
| 12/30/15 | JJC | Trial Preparation Re: update checklist for items needed at trial. | T | 0.50 | 154.00 | 77.00 | 0.50 | 154.00 | 77.00 | |
| 12/30/15 | VXM | Completed review of docs and depo for Alberti and drafted proffer requested by court. | T | 2.20 | 315.00 | 693.00 | 2.20 | 315.00 | 693.00 | |
| 12/30/15 | VXM | Finalized exhibit for reconcilable jury instruction for USERRA and Title VII and prepared for filing, also proofread motion and proffer and filed all with DDC. | T | 1.10 | 315.00 | 346.50 | 1.10 | 315.00 | 346.50 | |
| 01/02/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 7.80 | 455.00 | 3,549.00 | 7.80 | 455.00 | 3549.00 | |
| 01/02/16 | SBV | Review file and exhibits; trial preparation | T | 2.00 | 530.00 | 1,060.00 | 2.00 | 530.00 | 1060.00 | |
| 01/02/16 | VXM | Began review of pleadings file and docket, emails and | FP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 01/03/16 | SBV | Review deposition transcripts of the client and Officer Alberti | T | 3.00 | 530.00 | 1,590.00 | 3.00 | 530.00 | 1590.00 | |
| 01/04/16 | BJM | Trial Preparation | T | 6.70 | 455.00 | 3,048.50 | 6.70 | 455.00 | 3048.50 | |
| 01/04/16 | SBV | Discussion with BJM and VM; trial preparation; file review | T | 2.00 | 530.00 | 1,060.00 | 2.00 | 530.00 | 1060.00 | |
| 01/04/16 | VXM | Meeting with SBV, BJM and J. Cherry regarding trial prep. | T | 0.80 | 315.00 | 252.00 | 0.80 | 315.00 | 252.00 | |
| 01/04/16 | VXM | Communication with SBV and BJM on trial prep matters. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/04/16 | VXM | Reviewed joint proposed voir dire questions, revised and sent to BJM | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 01/04/16 | VXM | Communication with J. Cherry re: S. Guthrie. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/04/16 | VXM | Follow-up email from M. Mullen on status of joint voir dire. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/04/16 | VXM | Reviewed M. Mullen edits and revised all joint voir dire and reviewed standard questions for court and finalized and proofread, sent to M. Mullen for final approval. | T | 1.50 | 315.00 | 472.50 | 1.50 | 315.00 | 472.50 | |
| 01/04/16 | VXM | Formatted final joint voir dire, and filed with USDC. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |

| Date | Initials | Description | Type | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/16 | BJM | Research on USERRA, preparation of outline for witnesses, meetings with VXM and JMC re: trial preparation, review of defendant's causation memorandum. | T | 6.80 | 455.00 | 3,094.00 | 6.80 | 455.00 | 3094.00 | |
| 01/05/16 | VXM | Follow-up communication with opposing counsel to confirm filing of joint voir dire. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/05/16 | VXM | Discussion with BJM on opposition to USERRA damages motion by District. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/05/16 | VXM | Discussions and emails to SBV re: Grant admission and DCOHR affidavits. | T | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/05/16 | VXM | Researched online for information on Sergeant Grant for impeachment and discussed appeal ruling on misconduct with BJM | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/05/16 | VXM | Continued review of IAD docs and other impeachment material for witnesses and continued work on outline for opening statement. | T | 1.70 | 315.00 | 535.50 | 1.70 | 315.00 | 535.50 | |
| 01/06/16 | BJM | Research and drafting motion, meetings with JMC and VXM re: trial issues, preparation of outline for witnesses, trial preparation, call with opposing counsel re: motions. | T | 7.90 | 455.00 | 3,594.50 | 7.90 | 455.00 | 3594.50 | |
| 01/06/16 | MEK | Bluebooked citation to jury instructions. | NC | 0.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/06/16 | MEK | Reviewed filings regarding admissibility of Officer Alberti's testimony; Drafted response letter to District's reponse to plaintiff's informal correspondence with Court regarding testimony of Officer Alberti | T/R | 2.70 | 315.00 | 850.50 | 2.70 | 315.00 | 850.50 | |
| 01/06/16 | VXM | Meeting and discussion with W. Fuller on impeachment material for D's witnesses. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 01/06/16 | VXM | Began pulling docs from online research from W. Fuller and including relevant docs in folders for each of D's witnesses. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/06/16 | VXM | Meeting with J. Cherry concerning blow-ups from D's Statement of undisputed facts. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |

| Date | Init | Description | Type | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/16 | VXM | Read through and discussed D's response to P's proffer on Alberti testimony, and our reply to same. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/06/16 | VXM | Meeting with M. Kreiser to discuss proffer reply and outline of our argument in the reply. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 01/06/16 | VXM | Reviewed, edited, revised, formatted and filed our response to D's motion on damages. | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |
| 01/06/16 | VXM | Drafted slides for all callouts to go with opening statement and sent to J. Cherry and SBV for edits. | T | 1.80 | 315.00 | 567.00 | 1.80 | 315.00 | 567.00 | |
| 01/06/16 | VXM | Reviewed main depos and IROG responses for a timeline for SBV and TimeMap and possibly the opening. | T | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 01/06/16 | VXM | Continued references to depo excerpts and evidentiary docs for each the HWE claim under religion and military service. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 01/06/16 | WJF | Reviewed defendant's discovery file for material for impeachment during trial | T | 5.50 | 154.00 | 847.00 | 5.50 | 154.00 | 847.00 | |
| 01/07/16 | BJM | Call with judge re: damages; review of witness testimony, trial preparation. | T | 8.00 | 455.00 | 3,640.00 | 8.00 | 455.00 | 3640.00 | |
| 01/07/16 | MEK | Conferenced with BJM and VXM regarding case and assisting with last minute drafting; Discussed themes for opening statement to jury; Discussed defendant's response to informal letter to judge regarding Officer Alberti testimony. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/07/16 | VXM | Discussed settlement options with BJM and SBV, and opposing counsel's response to offer with $25K counter. | ADR | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/07/16 | VXM | Meeting with J. Richardson, J. Cherry, BJM and SBV to moot opening statement with powerpoint presentation and discuss criticism to better prepare for trial. | NC | 1.00 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/16 | VXM | Reviewed Paige report and darfted correspondence to Judge Huvelle with copy of report and explanation of numbers in the report to include frontpay portion as backpay, and sent to Judge's clerk | NC | 0.40 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/07/16 | VXM | Redrafted and revised other portions of reply to Defendant's opposition to proffer on Alberti testimony, and prepared for filing. | T | 1.20 | 315.00 | 378.00 | 1.20 | 315.00 | 378.00 | |
| 01/07/16 | VXM | Reviewed W. Fuller's findings for impeachment material and forwarded to SBV for witness crosses. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/07/16 | VXM | Finished highlighting expected testimony and drafted opening statement and began practicing opening statement. | T | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 01/07/16 | VXM | Meeting with J. Cherry re: timeline through TimeMap and callouts for opening. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/07/16 | VXM | Call with opposing counsel re: motion for clarification and request to withdraw USERRA claim. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/07/16 | VXM | Meeting with BJM to discuss D's motion for clarification and rejection of USERRA withdrawl request. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/07/16 | VXM | Discussion with BJM and J. Cherry re: pre-trial communication with Officer Alberti re: her expected trial testimony. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 01/07/16 | VXM | Call with Officer Alberti re: trial prep and testimony from deposition to used during direct. | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |
| 01/07/16 | VXM | Researched provisions of USERRA for qualified individuals to be protected under statute 4311 and case law on issue; printed out relevant statute provision for call with judge. | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |

| Date | Init | Description | | Hours | Rate | Amount | Hours | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/16 | VXM | Call with Judge and opposing counsel re: damages motions, motion for clarification, jury instructions, and arguments to dismiss USERRA claims. | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 | |
| 01/07/16 | VXM | Teleconference with BJM and M. Mullen discussing and refusing consent for motion for clarification and motion to dismiss USERRA claim. | T/R | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/07/16 | WJF | Reviewed defendant's discovery material for impeachment | T/R | 4.10 | 154.00 | 631.40 | 4.10 | 154.00 | 631.40 | |
| 01/08/16 | BJM | Trial preparation, drafting motions requested by judge. | T | 8.40 | 455.00 | 3,822.00 | 8.40 | 455.00 | 3822.00 | |
| 01/08/16 | JMS | Drafting of Trial Motion to Exclude evidence pertaining to June 2013 DUI at upcoming trial. | NC | 3.80 | 154.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/08/16 | MLS | Review and revise BJM motion to strike defense exhibits | NC | 0.20 | 255.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/08/16 | SBV | Trial preparation: review exhibits; prepare examination questions; telephone call with client | T | 8.00 | 530.00 | 4,240.00 | 8.00 | 530.00 | 4240.00 | |
| 01/08/16 | VXM | Went through all prior exhibit folders and corrected errors from pretrial conference in exhibits included, and revised exhibits based on latest call with Judge. and arranged for correct exhibits to be copied and discussed with A. Taylor and J Cherry | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |
| 01/08/16 | VXM | Reviewed. revised, added language to response to motion for clarification and filed with DDC. | T | 0.70 | 315.00 | 220.50 | 0.70 | 315.00 | 220.50 | |
| 01/08/16 | VXM | Discussion with BJM and SBV re: D's lack of exhibit copies provided to us, and edit of correspondence to opposing counsel on same issue. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 | |
| 01/08/16 | VXM | Researched case law on issue of client not being qualified under USERRA, and sent to BJM for response to motion due Sunday. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |

| Date | | Description | | Hrs | Rate | Amount | Hrs | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/08/16 | VXM | Reviewed D's last minute production of report from letter to. Fitzgerald on knife issue, and new payroll records offered for the first time and discussed with SBV and BIM | T | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 |
| 01/08/16 | VXM | Listened to audio transcripts from IAD interviews for all of D's witnesses and discussed and sent to SBV for his crosses. | T | 0.80 | 315.00 | 252.00 | 0.80 | 315.00 | 252.00 |
| 01/08/16 | VXM | Calls with client re: his deposition testimony and clarification of facts for opening and slides for opening. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 |
| 01/08/16 | VXM | Drafted summary memo of main points to include in USERRA opposition to BIM, including list of 8 points with authority. | T | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 |
| 01/08/16 | VXM | Because Defendant lost pretrial exhibits it was provided, I discussed final exhibit list and resent to Defendant via email. | T | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 |
| 01/08/16 | VXM | Revised opening statement based on yesterday's feedback from J. Cherry, J. Richardson, SBV and BIM, and practiced opening for final moot on Sunday. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |
| 01/09/16 | BIM | Trial preparation, meeting with client, drafting motions. | T | 7.80 | 455.00 | 3,549.00 | 7.80 | 455.00 | 3549.00 |
| 01/09/16 | SBV | Trial preparation: meeting with client; work on examination questions | T | 5.00 | 530.00 | 2,650.00 | 5.00 | 530.00 | 2650.00 |
| 01/10/16 | BIM | Trial preparation, meeting with client, drafting motions. | T | 8.90 | 455.00 | 4,049.50 | 8.90 | 455.00 | 4049.50 |
| 01/10/16 | JJC | Trial Prep for the trial. | T | 6.00 | 154.00 | 924.00 | 6.00 | 154.00 | 924.00 |
| 01/10/16 | SBV | Trial preparation: telephone call with client: review documents | T | 8.00 | 530.00 | 4,240.00 | 8.00 | 530.00 | 4240.00 |
| 01/10/16 | VXM | Meeting to run through opening statement, review witness testimony; and prepare client for witness stand. and discuss questions with client to fill in details for opening. | T | 8.00 | 315.00 | 2,520.00 | 8.00 | 315.00 | 2520.00 |

| Date | | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/16 | VXM | Revised and memorized/mooted opening based on feedback from BJM and SBV; created new slides for opening to include new timeline, org chart, claims, etc. | T | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 | |
| 01/10/16 | VXM | Reviewed, revised, edited, formatted, finalized and filed opposition to motion to dismiss USERRA claims. | T | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 01/11/16 | BJM | Trial, ~~travel to and from~~, preparation for witness, call with witness. | T/R | 13.20 | 455.00 | 6,006.00 | 11.7 | 455.00 | 5323.50 | Reduced by 1.5 hours (travel time) |
| 01/11/16 | *BJM* | *Travel to and from trial* | *Travel* | | | | *1.5* | *227.50* | *341.25* | *Travel time at 50%* |
| 01/11/16 | JJC | Tridico Trial at United States District Court of DC. | T | 8.00 | 154.00 | 1,232.00 | 8.00 | 154.00 | 1232.00 | |
| 01/11/16 | SBV | ~~Travel time to and from D.C. Federal Court;~~ trial; trial preparation; discussion with BJM and VM | T | 12.00 | 530.00 | 6,360.00 | 10.5 | 530.00 | 5565.00 | Reduced by 1.5 hours (travel time) |
| 01/11/16 | *SBV* | *Travel time to and from D.C. Federal Court* | *Travel* | | | | *1.5* | *265.00* | *397.50* | *Travel time at 50%* |
| 01/11/16 | VXM | Travel to and from Greenbelt to District Court DC for trial (45 min. each way); opening Statement | NC | 3.00 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/11/16 | VXM | Trial (Jury Voir Dire and P's testimony). | NC | 7.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/12/16 | BJM | Trial, ~~travel to and from~~. | T | 10.30 | 455.00 | 4,686.50 | 8.8 | 455.00 | 4004.00 | Reduced by 1.5 hours (travel time) |
| 01/12/16 | *BJM* | *Travel time to and from trial* | *Travel* | | | | *1.5* | *227.50* | *341.25* | *Travel time at 50%* |
| 01/12/16 | JJC | Tridico Trial at United States District Court of DC. | T | 8.00 | 154.00 | 1,232.00 | 8.00 | 154.00 | 1232.00 | |
| 01/12/16 | SBV | ~~Travel time to and from D.C. Federal Court;~~ trial; trial preparation; discussion with BJM and VM | T | 12.00 | 530.00 | 6,360.00 | 10.5 | 530.00 | 5565.00 | Reduced by 1.5 hours (travel time) |
| 01/12/16 | *SBV* | *Travel time to and from D.C. Federal Court* | *Travel* | | | | *1.5* | *265.00* | *397.50* | *Travel time at 50%* |
| 01/12/16 | VXM | Travel to and from Greenbelt to District Court DC for trial (45 min. each way). | NC | 1.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/12/16 | VXM | Trial Day 2 (testimony of P, Ofc. Alberti, J. Paige, Sgt Nickerson, Cap DeVille). | T | 7.50 | 315.00 | 2,362.50 | 7.50 | 315.00 | 2362.50 | |

| Date | Init. | Description | Code | Hrs | Rate | Amount | Hrs | Rate | Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/12/16 | VXM | Cued up all audio excerpts from IAD interview of letter to Fitzgerald, and revised cross examination notes and outline to include closed door, meeting, EEO training and N-word matter. | T | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 | |
| 01/12/16 | VXM | Provided concerns and edits to verdict form for BJM and SBV consideration. | T | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 | |
| 01/13/16 | BJM | Trial, ~~travel to and from~~. | T/R | 10.50 | 455.00 | 4,777.50 | 9 | 455.00 | 4095.00 | Reduced by 1.5 hours (travel time) |
| 01/13/16 | BJM | *Travel to and from trial* | *Travel* | | | | *1.5* | *227.50* | *341.25* | *Travel time at 50%* |
| 01/13/16 | JJC | Tridico Trial in United States District Court of DC. | T | 8.00 | 154.00 | 1,232.00 | 8.00 | 154.00 | 1232.00 | |
| 01/13/16 | SBV | ~~Travel time to and from D.C. Federal Court~~; trial; trial preparation; discussion with BJM and VM | T | 10.00 | 530.00 | 5,300.00 | 8.5 | 530.00 | 4505.00 | Reduced by 1.5 hours (travel time) |
| 01/13/16 | SBV | *Travel to and from D.C. Federal Court* | *Travel* | | | | *1.5* | *265.00* | *397.50* | *Travel time at 50%* |
| 01/13/16 | VXM | Travel to and from Greenbelt to District Court DC for trial (45 min. each way). | NC | 1.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/13/16 | VXM | Trial Day 3 (testimony of letter Lt Fitzgerald, Sgt Grant, motions, Closing Args). | T/R | 7.50 | 315.00 | 2,362.50 | 7.50 | 315.00 | 2362.50 | |
| 01/14/16 | BJM | Trial, travel to and from. | NC | 0.20 | 455.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/14/16 | BJM | ~~Travel and trial~~. | T | 8.50 | 455.00 | 3,867.50 | 7 | 455.00 | 3185.00 | Reduced by 1.5 hours (travel time) |
| 01/14/16 | BJM | *Travel to trial* | *Travel* | | | | *1.5* | *227.50* | *341.25* | *Travel time at 50%* |
| 01/14/16 | SBV | ~~Travel time to and from D.C. Federal Court~~; trial; discussion with all counsel | T | 6.00 | 530.00 | 3,180.00 | 4.5 | 530.00 | 2385.00 | Reduced by 1.5 hours (travel time) |
| 01/14/16 | SBV | *Travel time to and from D.C. Federal Court* | *Travel* | | | | *1.5* | *265.00* | *397.50* | *Travel time at 50%* |
| 01/14/16 | VXM | Travel to and from Greenbelt to District Court DC for trial (45 min. each way). | NC | 1.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/14/16 | VXM | Trial Day 4 (closing arg, rebuttal, motions, and jury instructions/deliberations). | NC | 6.00 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/15/16 | BJM | ~~Travel and trial~~, post-verdict meeting with client. | T | 5.30 | 455.00 | 2,411.50 | 3.8 | 455.00 | 1729.00 | Reduced by 1.5 hours (travel time) |

| | BJM | Travel to trial | Travel | | | | 1.5 | 227.50 | 341.25 | Travel time at 50% |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/16 | SBV | Discussion with BJM: review jury verdict | T | 0.50 | 530.00 | 265.00 | 0.50 | 530.00 | 265.00 | |
| 01/15/16 | VXM | Travel to and from Greenbelt to District Court DC for trial (45 min. each way). | NC | 1.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/15/16 | VXM | Trial Day 5 (jury deliberations and verdict and final trial matters). | NC | 2.20 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/18/16 | BJM | Research for fee petition. | FP | 3.70 | 455.00 | 1,683.50 | 3.70 | 455.00 | 1683.50 | |
| 01/19/16 | BJM | Research on case law re: case law for the fee petition, drafting fee petition. | FP | 5.90 | 455.00 | 2,684.50 | 5.90 | 455.00 | 2684.50 | |
| 01/19/16 | VXM | Discussion with M. Holland on SBV and BJM fee petition discussion and schedule. | FP | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/19/16 | VXM | Discussion with N. Woodfield regarding trial and fee petition. | FP | 0.20 | 315.00 | 63.00 | 0.20 | 315.00 | 63.00 | |
| 01/19/16 | VXM | Meeting with SBV and BJM on post trial motions and next steps. | FP | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 | |
| 01/20/16 | BJM | Research and drafting fee petition and affidavits for fee petition. | FP | 4.30 | 455.00 | 1,956.50 | 4.30 | 455.00 | 1956.50 | |
| 01/23/16 | BJM | Research on case law for fee petition. | FP | 1.20 | 455.00 | 546.00 | 1.20 | 455.00 | 546.00 | |
| 01/27/16 | VXM | Reviewed, edited and finalized motion for enlargement of | FP | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 | |
| 01/27/16 | VXM | Researched final judgment elements in case law for trigger of petition deadline. | NC | 0.50 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/27/16 | VXM | Discussed and edited email to opposing counsel for consent | NC | 0.30 | 315.00 | 0.00 | 0 | 0.00 | 0.00 | No charge |
| 01/28/16 | BJM | Drafting fee petition, affidavits, review of time records and . | FP | 7.10 | 455.00 | 3,230.50 | 7.10 | 455.00 | 3230.50 | |
| 01/29/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 7.20 | 455.00 | 3,276.00 | 7.20 | 455.00 | 3276.00 | |
| 02/02/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 6.70 | 455.00 | 3,048.50 | 6.70 | 455.00 | 3048.50 | |
| 02/04/16 | BJM | Drafting fees petition and affidavits. | FP | 4.90 | 455.00 | 2,229.50 | 4.90 | 455.00 | 2229.50 | |
| 02/05/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 4.60 | 455.00 | 2,093.00 | 4.60 | 455.00 | 2093.00 | |
| 02/05/16 | VXM | Continued drafting factual and procedural background | FP | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 | |
| 02/08/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 5.60 | 455.00 | 2,548.00 | 5.60 | 455.00 | 2548.00 | |

[REDACTED]

| Date | Initials | Description | | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 6.90 | 455.00 | 3,139.50 | 6.90 | 455.00 | 3139.50 |
| 02/09/16 | VXM | Continued working on factual background and case | FP | 2.50 | 315.00 | 787.50 | 2.50 | 315.00 | 787.50 |
| 02/12/16 | BJM | Finalizing fee petition, meeting with AG re: time, call with LHT re: affidavit. | FP | 3.20 | 455.00 | 1,456.00 | 3.20 | 455.00 | 1456.00 |
| 02/12/16 | VXM | Created separate files for memo, drafted order, created PDFs of exhibits and filed all with DOC. | FP | 0.60 | 315.00 | 189.00 | 0.60 | 315.00 | 189.00 |
| 02/12/16 | VXM | Discussed final exhibits with BJM and labeling issue, discussed declaration with L. Thatcher, and incorporated final version per BJM. | FP | 0.50 | 315.00 | 157.50 | 0.50 | 315.00 | 157.50 |
| 02/12/16 | VXM | Completed final proofread and edits of fee petition, gathered, incorporated and finalized exhibits, and prepared for filing. | FP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 |
| 02/12/16 | VXM | Made changes to argument subsections on novelty of issues and reduction of fees, and incorporated new additions into args sections. | FP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |
| 02/22/16 | VXM | Reviewed rules for response of motion deadline, discussed district's request for extension and after correct calendaring, drafting communication to district consenting to request | FP | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 |
| 03/02/16 | BJM | Drafting petition for fees, research on applicable case law. | FP | 7.60 | 455.00 | 3,458.00 | 7.60 | 455.00 | 3458.00 |
| 03/07/16 | VXM | Review of latest request from District re: fee petition in voice and discussion with JPH and BJM on same. | FP | 0.30 | 315.00 | 94.50 | 0.30 | 315.00 | 94.50 |
| 03/11/16 | VXM | Reviewed exhibits filing in fee petition and researched additional info requested by District, discussed with BJM and drafted response to District re: fee info and request for extension | FP | 0.40 | 315.00 | 126.00 | 0.40 | 315.00 | 126.00 |
| 03/22/16 | VXM | Downloaded opposition to fees, circulated | FP | 1.00 | 315.00 | 315.00 | 1.00 | 315.00 | 315.00 |
| 03/23/16 | BJM | Research on case law for reply to fee petition, drafting outline for fee petition. | FP | 2.30 | 455.00 | 1,046.50 | 2.30 | 455.00 | 1046.50 |

148

| Date | | Description | FP | Hours | Rate | Amount | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 03/24/16 | BJM | Research on case law for reply to fee petition, including case law cited by Defendant, drafting outline for reply to fee petition | FP | 3.30 | 455.00 | 1,501.50 | 3.30 | 455.00 | 1501.50 |
| 03/25/16 | BJM | Reply to fee petition - research on case law and drafting reply. | FP | 3.20 | 455.00 | 1,456.00 | 3.20 | 455.00 | 1456.00 |
| 03/28/16 | BJM | Call with client re: factual information, review of billing receipts for reply, drafting reply for fee petition, research on case law for reply | FP | 3.50 | 455.00 | 1,592.50 | 3.50 | 455.00 | 1592.50 |
| 03/30/16 | BJM | Finalization of research on current value of attorney rates, drafting reply memorandum. | FP | 1.30 | 455.00 | 591.50 | 1.30 | 455.00 | 591.50 |
| 03/31/16 | VXM | Began draft of all arguments in reply brief, and research supporting argument subsection on reasonableness of fees and costs and laffey rates. | FP | 3.00 | 315.00 | 945.00 | 3.00 | 315.00 | 945.00 |
| 03/31/16 | VXM | Reviewed all exhibits and number proffered by Defendant's for reduction, and completed calculations to verify and argue against D's numbers | FP | 2.00 | 315.00 | 630.00 | 2.00 | 315.00 | 630.00 |
| 04/02/16 | VXM | Continued drafting Reply Memorandum in support of fees argument subsections. | FP | 7.00 | 315.00 | 2,205.00 | 7.00 | 315.00 | 2205.00 |
| 04/04/16 | BJM | Review of final reply and edits made. | FP | 0.70 | 455.00 | 318.50 | 0.70 | 455.00 | 318.50 |
| 04/04/16 | VXM | Completed final draft of reply memorandum, gathered and prepared exhibits, revised and edited reply based on discussion with BJM, proofread final brief and filed with Court. | FP | 5.40 | 315.00 | 1,701.00 | 5.40 | 315.00 | 1701.00 |

$294,255.80  Total

-11,639.50  (Pl.'s additional reductions for duplicative time)

-28,261.63  (Reduction of 10% for Limited Success)

$254,354.67  Total fees awarded

Costs Requested and Awarded

| Date | Prof. | Description | Category | Units Req. | Rate Req. | Cost Req. | Units Awarded | Rate Awarded | Cost Awarded |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/12 | BJM | Photocopying 11/16-11/30 | Copies | 1.00 | 1.05 | 1.05 | 1.00 | 1.05 | 1.05 |
| 9/30/14 | BJM | Photocopying/Printing | Copies | 316.00 | 0.15 | 47.40 | 316.00 | 0.15 | 47.40 |
| 9/30/14 | BJM | Color copies - Copitrak 8/15/14 - 8/31/14 | Copies | 5.00 | 0.75 | 3.75 | | 0.25 | |
| 11/11/14 | BJM | Photocopying/Printing - Copitrak Report 10/1-10/15/2014 | Copies | 336.00 | 0.15 | 50.40 | 336.00 | 0.15 | 50.40 |
| 11/11/14 | BJM | Color copies - Copitrak Report 10/1-10/15/2014 | Copies | 20.00 | 0.75 | 15.00 | | 0.25 | |
| 11/17/14 | BJM | Photocopying/Printing - Copitrak Report 10/15-10/31/15 | Copies | 53.00 | 0.15 | 7.95 | 53.00 | 0.15 | 7.95 |
| 6/19/15 | BJM | Photocopying/Printing - COPITRAK REPORT 6/1- 6/15 | Copies | 146.00 | 0.15 | 21.90 | 146.00 | 0.15 | 21.90 |
| 7/14/15 | | Photocopying/ Printing - Copitrak Report 6/16 - 6/31 | Copies | 230.00 | 0.15 | 34.50 | 230.00 | 0.15 | 34.50 |
| 12/21/15 | | Photocopying/ Printing | Copies | 39.00 | 0.15 | 5.85 | 39.00 | 0.15 | 5.85 |
| 1/7/16 | | Photocopying/ Printing | Copies | 42.00 | 0.15 | 6.3 | 42.00 | 0.15 | 6.3 |
| 1/7/16 | | Photocopying/ Printing | Copies | 33.00 | 0.15 | 4.95 | 33.00 | 0.15 | 4.95 |
| 1/7/16 | | Photocopying/ Printing | Copies | 78.00 | 0.15 | 11.7 | 78.00 | 0.15 | 11.7 |
| 1/11/16 | | Photocopying/ Printing | Copies | 78.00 | 0.15 | 11.7 | 78.00 | 0.15 | 11.7 |
| 1/13/16 | | Photocopying/ Printing | Copies | 16.00 | 0.15 | 2.4 | 16.00 | 0.15 | 2.4 |
| 1/19/16 | | Photocopying/ Printing | Copies | 6.00 | 0.15 | 0.9 | 6.00 | 0.15 | 0.9 |
| 10/31/12 | | Clerk, United State District Court – District of Maryland. Filing Fee | Court Costs | 1.00 | 350.00 | 350.00 | 1.00 | 350.00 | 350.00 |
| 10/28/14 | JGL | Capital Reporting Company - Transcript of client | Deposition / Court Reporters | 1.00 | 647.25 | 647.25 | 1.00 | 647.25 | 647.25 |
| 11/14/14 | JGL | Planet Depos Transcript fee of OFC. Tabitha Alberti | Deposition / Court Reporters | 1.00 | 532.50 | 532.50 | 1.00 | 532.50 | 532.50 |

| Date | Initials | Description | Category | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4/1/15 | JGL | Jerome Paige Professional Services - Economic Loss Reports | NC | 1.00 | 2,750.00 | 0.00 | 0.00 | 0.00 | 0 |
| 2/9/16 | JGL | Jerome Paige Professional Services - Economic Loss Reports | NC | 1.00 | 3,839.00 | 0.00 | 0.00 | 0.00 | 0 |
| 1/2/13 | JGL | LexisNexis LEXIS-NEXIS Online Charges | Online Research | 1.00 | 10.57 | 10.57 | 1.00 | 10.57 | 10.57 |
| 11/4/13 | JGL | Pacer Service Center | Online Research | 1.00 | 0.30 | 0.30 | 1.00 | 0.30 | 0.30 |
| 8/1/14 | JGL | Pacer Service Center COURT COMPUTER ACCESS RESEARCH | Online Research | 1.00 | 2.10 | 2.10 | 1.00 | 2.10 | 2.10 |
| 10/1/14 | BJM | Westlaw Research - August 2014 | Online Research | 1.00 | 6.01 | 6.01 | 1.00 | 6.01 | 6.01 |
| 2/24/14 | JGL | LexisNexis LEXIS-NEXIS Online Charges | Online Research | 1.00 | 6.06 | 6.06 | 1.00 | 6.06 | 6.06 |
| 2/28/14 | JGL | Pacer Service Center | Online Research | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2/18/15 | JGL | Pacer Service Center - Pacer Usage 10/01/2014 - 12/31/2014 | Online Research | 1.00 | 5.10 | 5.10 | 1.00 | 5.10 | -5.10 |
| 2/24/15 | BJM | Westlaw Research - November 2014 | Online Research | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 |
| 4/3/15 | BJM | Westlaw Research - March 2015 | Online Research | 1.00 | 10.42 | 10.42 | 1.00 | 10.42 | 10.42 |
| 6/4/15 | BJM | Westlaw Research - May 2015 Report | Online Research | 1.00 | 18.13 | 18.13 | 1.00 | 18.13 | 18.13 |
| 8/6/15 | | Westlaw Research - June 2015 | Online Research | 1.00 | 137.56 | 137.56 | 1.00 | 137.56 | 137.56 |
| 11/11/15 | | PACER Service 2015 3rd Quarter | Online Research | 1.00 | 10.1 | 10.1 | 1.00 | 10.1 | 10.1 |
| 2/3/16 | | Westlaw Research - December 2015 | Online Research | 1.00 | 278.07 | 278.07 | 1.00 | 278.07 | 278.07 |
| 10/4/13 | BJM | Postage - 9124/1 3 | Postage | 1.00 | 14.74 | 14.74 | 1.00 | 14.74 | 14.74 |
| 6/26/13 | BJM | Postage - 6/21/13 | Postage | 1.00 | 1.72 | 1.72 | 1.00 | 1.72 | 1.72 |
| 7/1/14 | BJM | Postage - 6/20 | Postage | 1.00 | 1.82 | 1.82 | 1.00 | 1.82 | 1.82 |
| 7/1/14 | BJM | Postage - 6117 | Postage | 1.00 | 1.40 | 1.40 | 1.00 | 1.40 | 1.40 |
| 2/21/14 | BJM | Postage - 2/7/14 | Postage | 1.00 | 1.61 | 1.61 | 1.00 | 1.61 | 1.61 |
| 9/26/14 | BJM | Postage | Postage | 1.00 | 1.82 | 1.82 | 1.00 | 1.82 | 1.82 |

| Date | Init. | Description | Category | Qty | Rate | Amount | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3/5/15 | BIM | Postage - 02106115 | Postage | 1.00 | 5.95 | 5.95 | 1.00 | 5.95 | 5.95 |
| 12/10/15 | | Postage - 1217/2015 | Postage | 1.00 | 1.20 | 1.20 | 1.00 | 1.20 | 1.20 |
| 10/7/14 | JGL | L.H. Levy Investigations, Inc. Service of Process Officer Tabitha Alberti | Process Service | 1.00 | 100.00 | 100.00 | 1.00 | 100.00 | 100.00 |
| 9/15/15 | | Vijay Mani - Parking 02/24/2015 USDC for DC - 333 Constitution Ave NW #4400 Washington DC 20001 | Travel/ Meals/ Parking | 1.00 | 22.00 | 22.00 | 1.00 | 22.00 | 22.00 |
| 1/20/16 | | Jamerra Cherry - Parking January 8, 12 & 16 601 Pennsylvania Avenue | Travel/ Meals/ Parking | 1.00 | 75.00 | 75.00 | 1.00 | 25 | 25 |
| 2/4/16 | | Steven B. Vinick - Parking Jan 11-14 601 Pennsylvania Avenue | Travel/ Meals/ Parking | 1.00 | 108.00 | 108.00 | 1.00 | 108.00 | 108.00 |
| 1/12/16 | | Steven B. Vinick - Parking 12/22/2015 U Street | Travel/ Meals/ Parking | 1.00 | 15.00 | 15.00 | 1.00 | 15.00 | 15.00 |
| 1/12/16 | | Steven B. Vinick - Parking 12/22/2015 | Travel/ Meals/ Parking | 1.00 | 22.00 | 22.00 | 0.00 | 0 | 0 |
| 9/29/14 | JGL | Tabitha Alberti - Witness Mileage for Depo Attendance | Witness Fee | 1.00 | 20.00 | 20.00 | 1.00 | 20.00 | 20.00 |
| 3/28/16 | | Westlaw Research - February 2016 | Online Research | 1.00 | 179.08 | 179.08 | 1.00 | 179.08 | 179.08 |

**Total Costs Awarded 2,721.51**